AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

David James Duncan

                Plaintiff
                  v.
Thomas A. Cohen d/b/a Hammermark Productions,
Kristi Denton Cohen d/b/a Peloton Productions, and
Sierra Club Books
                Defendant

Civil Action No. **BZ**

**CV 08 2243**

### Summons in a Civil Action

To: *(Defendant's name and address)*
Kristi Denton Cohen d/b/a Peloton Productions
38 Miller Avenue, #488
Mill Valley, CA 94941

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Annette L. Hurst
Elizabeth R. Brown
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 3 0 2008

Helen L. Almacen

American LegalNet, Inc.
www.FormsWorkflow.com

◯ 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**E-filing**

David James Duncan

_____
Plaintiff
v.
Thomas A. Cohen d/b/a Hammermark Productions,
Kristi Denton Cohen d/b/a Peloton Productions, and
Sierra Club Books
_____
Defendant

Civil Action No. **BZ**

) 
) 
) 
) **CV 08   2243**
) 

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Sierra Club Books
85 Second Street, 2nd Floor
San Francisco, CA 94105


A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Annette L. Hurst
Elizabeth R. Brown
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 3 0 2008

Helen L. Almacen

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

David James Duncan

Plaintiff
v.
Thomas A. Cohen d/b/a Hammermark Productions,
Kristi Denton Cohen d/b/a Peloton Productions, and
Sierra Club Books

Defendant

Civil Action No.

CV 08 2243

E-filing BZ

### Summons in a Civil Action

To: *(Defendant's name and address)*
Thomas A. Cohen d/b/a Hammermark Productions
639 Front Street, 4th Floor
San Francisco, CA 94111

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Annette L. Hurst
Elizabeth R. Brown
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 30 2008

Helen L. Almacen

American LegalNet, Inc.
www.FormsWorkflow.com