1  Lizbeth Hasse (#104517)
   Creative Industry Law Group
2  526 Columbus Ave., 2nd floor
   San Francisco, CA 94133
3  (415) 433-4380

4  Thomas A. Cohen (#154581)
   Law Offices of Thomas A. Cohen
5  639 Front St., 4th floor
   San Francisco, CA 94111
6  (415) 777-1997

7  Attorneys for Defendants
8  Thomas A. Cohen dba Hammermark Productions
   Kristi Denton Cohen dba Peloton Productions
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID JAMES DUNCAN, | Case No.:  CV 08 2243 BZ |
|---|---|
| Plaintiff, | |
| vs. | APPLICATION FOR EXPEDITED HEARING |
| THOMAS A. COHEN et al, | |
| Defendants | |

Defendants Thomas A. Cohen d/b/a Hammermark Productions and Kristi Denton Cohen d/b/a Peloton Productions hereby apply for an expedited hearing on their motion to dismiss David James Duncan's complaint under FRCP 12(b)(6) and Calif. Code Civ. P. § 425.16. Absent an expedited hearing, the motion will be heard on July 2, 2008.  The attached declaration demonstrates that an expedited hearing of this motion is necessary because

defendants' counsel is going on a long planned family vacation abroad, her first in several years, from June 20 through 30, 2008 which is a period that conflicts with preparation for the hearing.  Plaintiff's counsel will be on vacation from July 5 -19 and does not want a hearing or any heavy briefing scheduled during that period.  An expedited hearing is also necessary because any delay in resolving this case greatly impacts the ability of defendants to raise money and begin production of a film based on <u>The River Why.</u>   Investors are unwilling to put money into a film when the rights are being challenged by the author.

Moreover, the motions would ordinarily be heard in June, but the Court does not have any law and motion dates during that month.

Defendants anticipate that the motion could be filed as early as May 16, 2008 and that, given the time for opposition and reply briefs as mandated by local rule, could be fully briefed for the Court's consideration by June 6, 2008.  Given the nature of the motion, it is anticipated that the Court may wish to decide it on the pleadings without a hearing.

The parties attempted to arrive at a stipulation to determine preferred hearing dates, but were unable to do so.  Defendants' counsel is not available for hearing dates on June 3, 9, 18 through 30.  Plaintiff's counsel has declined to indicate what days she in not available in June.

Dated:  May 13, 2008

                                      /s/  Lizbeth Hasse
                                         Lizbeth Hasse
                             Attorney for the Cohen Defendants