Lizbeth Hasse (#104517)
Creative Industry Law Group
526 Columbus Ave., 2nd floor
San Francisco, CA 94133
(415) 433-4380

Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
639 Front St., 4th floor
San Francisco, CA 94111
(415) 777-1997

Attorneys for Defendants
Thomas A. Cohen dba Hammermark Productions
Kristi Denton Cohen dba Peloton Productions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS A. COHEN et al,<br><br>　　　　Defendants | Case No.: CV 08 2243 BZ<br><br>DECLARATION OF LIZBETH HASSE IN SUPPORT OF APPLICATION FOR EXPEDITED HEARING |

　　I, Lizbeth Hasse, declare:

　　1. I am counsel of record for Defendants Thomas A. Cohen d/b/a Hammermark Productions and Kristi Denton Cohen d/b/a Peloton Productions ("Cohen Defendants") in the above-captioned action.

Hasse Declaration re Application for Expedited Hearing—page 1

2. This declaration is submitted in support of the application by Cohen Defendants for an expedited hearing on their motion to dismiss David James Duncan's complaint under FRCP 12(b)(6) and Calif. Code Civ. P. § 425.16.

3. This is an action for copyright infringement, declaratory relief, fraud and false advertising.

4. Absent an expedited hearing, the motion will be heard on July 2, 2008. An expedited hearing of this motion is necessary because I am going on a long planned vacation abroad (the first vacation with my whole family of five in several years) from June 20 – 30, 2008 which is a period that conflicts with preparation for the hearing. I also will be conducting a two-day mediation on June 18 and 19, which means that my preparation for the mediation would be impacted by having to file a reply brief by June 18.

5. I have exchanged emails with Plaintiff's counsel, Annette Hurst of Heller Ehrman, LLP about the scheduling of this motion, and advised her of my decision to request an expedited hearing. She has not agreed to an expedited hearing on this motion. Ms. Hurst informs me that she will be on vacation from July 5 -19 and does not want a hearing or any heavy briefing scheduled during that period.

6. An expedited hearing is also necessary because any delay in resolving this case greatly impacts the ability of my client to raise money and begin production of a film based on The River Why. Investors are unwilling to put money into a film when the rights are being challenged by the author.

7. The parties attempted to arrive at a stipulation to determine preferred hearing dates, but were unable to do so. Defendants' counsel is not available for hearing dates on June 3, 9,

18 through 30.  To date, Plaintiff's counsel has declined to indicate what days she in not available in June.

8.  I anticipate that the motion could be filed as early as May 16, 2008 and that, given the time for opposition and reply briefs as mandated by local rule, could be fully briefed for the Court's consideration by June 6, 2008.   The motions would ordinarily be heard in June, but the Court does not have any law and motion dates during that month.

9.  Given the nature of the motion, it is anticipated that the Court may wish to decide it on the pleadings without a hearing.

10.  Attached is a proposed order granting the application.  On behalf of the Cohen Defendants, I respectfully request that the court set the following briefing schedule:

   a.  Opposition brief must be filed and served by personal service, fax or email fourteen (14) days after service of the motion to dismiss.

   b.  Reply brief must be filed and served by personal service, fax or email seven (7) days after service of the opposition brief.

   c.  The hearing, if any, shall be on any date between June 10-13 or June 16-17, 2008.

11.  The undersigned hereby certifies that the Application for an Expedited Hearing is made in good faith and for good cause.


Dated:  May 13, 2008


                                      /s/  Lizbeth Hasse
                                        Lizbeth Hasse
                                  Attorney for the Cohen Defendants