Lizbeth Hasse (#104517)
Creative Industry Law Group
526 Columbus Ave., 2nd floor
San Francisco, CA 94133
(415) 433-4380

Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
639 Front St., 4th floor
San Francisco, CA 94111
(415) 777-1997

Attorneys for Defendants
Thomas A. Cohen dba Hammermark Productions
Kristi Denton Cohen dba Peloton Productions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>         Plaintiff,<br><br>    vs.<br><br>THOMAS A. COHEN et al,<br><br>         Defendants | Case No.: CV 08 2243 BZ<br><br>ORDER GRANTING APPLICATION FOR EXPEDITED HEARING |

The Application for Expedited Hearing was submitted without a hearing.

After consideration of the pleadings and good cause appearing,

IT IS HEREBY ORDERED that the Application by Cohen Defendants for Expedited Hearing is granted. The following briefing and hearing schedule is adopted:

a. Opposition brief must be filed and served by personal service, fax or email fourteen (14) days after service of the motion to dismiss.

b. Reply brief must be filed and served by personal service, fax or email seven (7) days after service of the opposition brief.

c. The hearing, if any, shall be on June __, 2008 at ___ o'clock in Courtroom G, 15th floor, 450 Golden Gate Avenue, San Francisco.

Dated: _____, 2008

_____
Bernard Zimmerman
United States Magistrate Judge