Lizbeth Hasse (#104517)
Creative Industry Law Group
526 Columbus Ave., 2nd floor
San Francisco, CA 94133
(415) 433-4380

Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
639 Front St., 4th floor
San Francisco, CA 94111
(415) 777-1997

Attorneys for Defendants
Thomas A. Cohen dba Hammermark Productions
Kristi Denton Cohen dba Peloton Productions

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS A. COHEN d/b/a HAMMERMARK PRODUCTIONS, KRISTI DENTON COHEN d/b/a PELOTON PRODUCTIONS, and SIERRA CLUB BOOKS,<br><br>　　　　　Defendants | Case No.:  CV 08 2243 BZ<br><br>ECF CASE<br><br>NOTICE OF APPEARANCE OF COUNSEL |

　　　　The undersigned counsel, Lizbeth Hasse, hereby notices her appearance as co-counsel for Thomas A. Cohen dba Hammermark Productions and Kristi Denton Cohen dba Peloton Productions ("Cohen Defendants") in the above-entitled action.

Dated: May 16, 2008

>Respectfully submitted,
>
>_____/s/ Lizbeth Hasse_____
>Lizbeth Hasse
>Creative Industry Law Group
>
>Attorney for the Cohen Defendants