Lizbeth Hasse (#104517)
Creative Industry Law Group
526 Columbus Ave., 2nd floor
San Francisco, CA 94133
(415) 433-4380

Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
639 Front St., 4th floor
San Francisco, CA 94111
(415) 777-1997

Attorneys for Defendants
Thomas A. Cohen dba Hammermark Productions
Kristi Denton Cohen dba Peloton Productions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>THOMAS A. COHEN d/b/a HAMMERMARK PRODUCTIONS, KRISTI DENTON COHEN d/b/a PELOTON PRODUCTIONS, and SIERRA CLUB BOOKS,<br><br>    Defendants | Case No.: CV 08 2243 BZ<br><br>ECF CASE<br><br>NOTICE OF MOTION TO DISMISS COMPLAINT [FRCP12(b)6]; SPECIAL MOTION TO STRIKE UNDER THE ANTI-SLAPP STATUTE.<br>[CCP § 425.16];<br><br>Date: July 2, 2008-Unless Expedited by Order<br>Time: 10 a.m.<br>Courtroom: G |

   PLEASE TAKE NOTICE that Defendants Thomas A. Cohen d/b/a Hammermark

Productions and Kristi Denton Cohen d/b/a Peloton Productions, by their attorneys will move

this Court, before the Honorable Bernard Zimmerman, United States District Magistrate Judge,

Motion to Dismiss Complaint—page 1

1  at the United States Courthouse, Courtroom G, 450 Golden Gate Avenue, San Francisco,
2  California on July 2, 2008 at 10:00 a.m. *unless expedited by order of the court* for (i) an order
3  pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint's First, Second, Fourth, Seventh
4  and Eighth claims for relief against the Cohen defendants for failure to state a claim upon
5  which relief can be granted, with prejudice,  (ii) for an order dismissing the Complaint's First,
6  Second, Fourth, Seventh and Eighth claims for relief against the Cohen defendants pursuant to
7  Calif. Code Civ. P. § 425.16, (iii) for attorneys' fees and costs pursuant to Calif. Code Civ. P. §
8  425.16(c) and the United States Copyright Act, and (iv) for such other and further relief as the
9  Court deems just and proper.

    Dated:  May 16, 2008

                                            __/s/Lizbeth Hasse_____
                                                      Lizbeth Hasse
                                                      Thomas A. Cohen
                                          Attorneys for the Cohen Defendants