# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

May 19, 2008

To:  Annette L. Hurst
     Elisabeth Rebecca Brown
     Heller Ehrman LLP
     333 Bush Street
     San Francisco, CA 94104-2878

     Thomas Arthur Cohen
     639 Front St., 4th floor
     San Francisco, CA 94111

     Lizbeth Lynn Hasse
     Creative Industry Law Group LLP
     526 Columbus Avenue, Second Floor
     San Francisco, CA 94133

     Re: David James Duncan v. Thomas A. Cohen - C08-2243 BZ

Dear Counsel:

     At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for July 2, 2008 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

     At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                   Sincerely,

                                     Richard W. Wieking, Clerk
                                     United States District Court

                                     /s/ Lashanda Scott
                                 By:   Lashanda Scott
                                      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd