1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8
DAVID JAMES DUNCAN
9                                              No. C  08-02243 BZ

10              Plaintiff(s),              **CONSENT TO PROCEED BEFORE A
                                          UNITED STATES MAGISTRATE JUDGE**
11          v.
THOMAS A. COHEN et al
12
13              Defendant(s).
                                                        /
14

15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17    hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18    proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19    judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21    Dated: May 19, 2008 _____          _____
                                                         Signature
22
                                                         Counsel for   Cohen Defendants
23                                                       (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28