1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID JAMES DUNCAN,           )
                                   )
12           Plaintiff(s),         )      No. C 08-2243 BZ
                                   )
13       v.                        )      **ORDER GRANTING IN PART AND**
                                   )      **DENYING IN PART DEFENDANTS'**
14   THOMAS A. COHEN, et al.,      )      **APPLICATION FOR EXPEDITED**
                                   )      **HEARING**
15           Defendant(s).         )
     _____)

16

17       Defendants' application for an expedited hearing is

18   **GRANTED** in part and **DENIED** in part.  Plaintiff shall file any

19   opposition to the motions to dismiss and shall consent to or

20   decline magistrate judge jurisdiction by **May 30, 2008.**

21   Defendants shall file any reply by **June 6, 2008.**  The court

22   will try to resolve the motions without a hearing.  However,

23   if a hearing proves necessary it will be scheduled on one of

24   the court's regular hearing dates in July.  If plaintiff's

25   counsel is unavailable through July 19, 2008, the motion will

26   likely be heard on **July 23, 2008 at 10:00 a.m.** in Courtroom G,

27   ///

28   ///

                                 1

1    15th floor, Federal Building, 450 Golden Gate Avenue, San

2    Francisco, California 94102.

3    Dated: May 19, 2008

4    _____
                          Bernard Zimmerman
5                    United States Magistrate Judge

6
     G:\BZALL\-BZCASES\DUNCAN V. COHEN\DISC 1.ORD.wpd
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28