THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-6533
TELEPHONE (415) 276-6500
FAX (415) 276-6599
EMAIL: thomasburke@dwt.com

JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899
EMAIL : jeffglasser@dwt.com

Attorneys for Defendant
SIERRA CLUB, incorrectly sued as
SIERRA CLUB BOOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THOMAS A. COHEN d/b/a<br>HAMMERMARK PRODUCTIONS; KRISTI<br>DENTON COHEN d/b/a PELOTON<br>PRODUCTIONS; and SIERRA CLUB<br>BOOKS,<br><br>                    Defendants. | Case No. **CV 08 2243 BZ**<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,

Defendant Sierra Club (incorrectly sued as Sierra Club Books) does not have a parent

corporation, and there are no publicly held corporations which own 10 percent or

1

1  more of its stock.  Other than the named parties, there is no interest to report under

2  Civil L.R. 3-16.

3

4  DATED: May 23, 2008                          DAVIS WRIGHT TREMAINE LLP
                                                THOMAS S. BURKE
5                                               JEFF GLASSER

6

7

8                                               By:_____/s/ Thomas R. Burke_____
                                                       Thomas R. Burke
9                                               Attorneys for Defendant
                                                SIERRA CLUB
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2