# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

May 27, 2008

To:   Thomas R. Burke
      Davis Wright Tremaine LLP
      505 Montgomery Street, Suite 800
      San Francisco, CA 94111-6533

      Re: David James Duncan v. Thomas A. Cohen, et al. - C08-2243 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **July 23, 2008 at 10:00 a.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                        Sincerely,

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        By:   /s/ Lashanda Scott
                                              Lashanda Scott
                                              Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd