ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:  Annette.Hurst@HellerEhrman.com
         Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>                     Plaintiff,<br><br>     v.<br><br>THOMAS A. COHEN, et al.<br><br>                     Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 30, 2008          Respectfully submitted,

                             HELLER EHRMAN LLP


                             By     /s/ *Annette L. Hurst*
                                    ANNETTE L. HURST

                             Attorneys for Plaintiff
                             DAVID JAMES DUNCAN