ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail: Annette.Hurst@HellerEhrman.com
Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS A. COHEN, *et al.*,<br><br>    Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DUNCAN'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  July 23, 2008<br>Time:  10:00 a.m.<br>Room: Courtroom G, 15th Floor |

Heller Ehrman LLP

1  This Court, having considered the papers filed in support of Plaintiff's Request for
2  Judicial Notice, and good cause appearing, HEREBY ORDERS that Plaintiff's Request for
3  Judicial Notice is GRANTED.
4
5  Dated: _____                    _____
                                        UNITED STATES MAGISTRATE JUDGE