Lizbeth Hasse (#104517)
Creative Industry Law Group
526 Columbus Ave., 2nd floor
San Francisco, CA 94133
(415) 433-4380

Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
639 Front St., 4th floor
San Francisco, CA 94111
(415) 777-1997

Attorneys for Defendants
Thomas A. Cohen dba Hammermark Productions
Kristi Denton Cohen dba Peloton Productions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS A. COHEN et al,<br><br>Defendants | Case No.: CV 08 2243 BZ<br><br>REPLY DECLARATION OF THOMAS A. COHEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE<br><br>Date: July 23, 2008-Unless Expedited<br>Time: 10:00 a.m.<br>Courtroom: G |

I, Thomas A. Cohen, declare:

1. I am one of the attorneys of record for myself and Kristi Denton Cohen d/b/a Peloton Productions ("Cohen Defendants") in the above-captioned action.

2. There has been no public solicitation of investors for *The River Why* since 1988's SEC registered public offering. I was the sole general partner of River Why Partners.

3. In April 1987, the Rights Agreement was still in its originally contracted second 18 month term. Even without the allegedly fraudulent one year extension, it would not have expired until October 1987. Even if Sierra Club had rejected the offer of a one year extension, I still could have, and would have, exercised the option before its expiration.

4. Attached hereto, as Exhibit A, are true and correct copies of the assignments recorded in the Copyright office between Hammermark Productions, Inc. and me; and between me and Peloton Productions.

5. In response to Plaintiff's Objections to Evidence, Objection Number 7, I declare under penalty of perjury that I completed a first draft screenplay based on The River Why before October 1985.

6. In response to Plaintiff's Objections to Evidence, Objection Number 11, I declare under penalty of perjury that the facts contained in the excerpts of the prospectus attached as Exhibit E to the Declaration of Thomas A. Cohen in Support of Defendants' Motion to Dismiss are true. More specifically, the facts as to the detailed budget and the recitation of names of actors and other motion picture professionals attached to the project are true.

7. In response to Plaintiff's Objections to Evidence, Objection Number 12, I declare under penalty of perjury that I personally handled the filing of the prospectus with the SEC and various corporation commissioners of several states. I did most of the work preparing and filing the prospectus, but had outside counsel advise and consult with me on its preparation.

I declare under penalty of perjury of the laws of the United States that the foregoing is true except as to those matters alleged on information and belief.

Dated: June 6, 2008

                                   /s/ Thomas A. Cohen
                                    Thomas A. Cohen

# Exhibit A

Exhibit A

## ASSIGNMENT OF COPYRIGHT INTERESTS FROM HAMMERMARK PRODUCTIONS, INC. TO THOMAS A. COHEN

Hammermark Productions, Inc. ("Seller"), a California Corporation incorporated January 31, 1980 and dissolved August 15, 1985, for and in consideration of the sum of ten dollars and other good and valuable consideration, to it in hand paid by Thomas A. Cohen ("Purchaser") the receipt of which is hereby acknowledged, does hereby sell, grant convey, assign and set over unto Purchaser, his successors and assigns, on an exclusive basis all of its right, title and interest in and to the motion pictures, literary properties and screenplays set forth below (collectively the "Properties"), and to all of the assets, contracts, rights and obligations relating thereto, including without limitation, copyrights and renewals and/or extensions thereof, and the negative and all physical elements of the Properties, for all territories of the world in perpetuity.

Seller and Buyer acknowledge that Buyer was the 100% owner of Hammermark Productions, Inc. and that this Assignment is in addition to, and does not derogate from, any rights which may have transferred from Seller to Buyer by operation of law. Seller and Buyer further acknowledge that some of the Properties set forth below may have been created or purchased, in whole or in part, by Buyer as an individual before, during and after the legal existence of Hammermark Productions as a California corporation.

The Properties:

The River Why—motion picture rights in the novel by David James Duncan
The River Why—screenplays by Thomas A. Cohen, individually, and with
    John Jay Osborn, Jr.
Massive Retaliation—motion picture
Hungry I Reunion—motion picture
Big Bill Tilden—motion picture rights in the book by Frank Deford
Big Bill Tilden—motion picture rights in the screenplays and treatments by Gil Dennis,
    John Watson, Pen Densham, Roy Moore and Frank Deford


In witness whereof the undersigned has executed this assignment by its duly authorized officer as of August 15, 1985.

HAMMERMARK PRODUCTIONS, INC.

By: [signature]
    President

THOMAS A. COHEN

By: [signature]

## ASSIGNMENT OF COPYRIGHT INTERESTS FROM
## THOMAS A. COHEN TO PELOTON PRODUCTIONS

Thomas A. Cohen, individually and as the successor in interest to Hammermark Productions, Inc., a California Corporation dissolved August 15, 1985 ("Seller"), for and in consideration of the sum of ten dollars and other good and valuable consideration, to it in hand paid by Peloton Productions, a sole proprietorship owned by Kristi Denton Cohen ("Purchaser"), the receipt of which is hereby acknowledged, does hereby sell, grant convey, assign and set over unto Purchaser, her successors and assigns, on an exclusive basis all of his right, title and interest in and to the motion pictures, literary properties and screenplays set forth below (collectively the "Properties"), and to all of the assets, contracts, rights and obligations relating thereto, including without limitation, copyrights and renewals and/or extensions thereof, and the negative and all physical elements of the Properties, for all territories of the world in perpetuity.

Seller and Purchaser acknowledge that Purchaser is the wife of Thomas A. Cohen and that this Assignment is in addition to, and does not derogate from, any rights which may have transferred from Seller to Purchaser by operation of law. Seller and Purchaser further acknowledge that some of the Properties set forth below may have been created or purchased, in whole or in part, by Seller as an individual before, during and after the legal existence of Hammermark Productions as a California corporation.

The Properties:

The River Why— motion picture rights in the novel by David James Duncan
The River Why—screenplays by Thomas A. Cohen, individually, and with
        John Jay Osborn, Jr.

In witness whereof the undersigned has executed this assignment by its duly authorized officer as of January 1, 2004.

PELOTON PRODUCTIONS

By: Kristi Denton Cohen
    Proprietor

THOMAS A. COHEN

