Lizbeth Hasse (#104517)
Creative Industry Law Group
526 Columbus Ave., 2nd floor
San Francisco, CA 94133
(415) 433-4380

Thomas A. Cohen (#154581)
Law Offices of Thomas A. Cohen
639 Front St., 4th floor
San Francisco, CA 94111
(415) 777-1997

Attorneys for Defendants
Thomas A. Cohen dba Hammermark Productions
Kristi Denton Cohen dba Peloton Productions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS A. COHEN et al,<br><br>Defendants | Case No.: CV 08 2243 BZ<br><br>REPLY DECLARATION OF KRISTI DENTON COHEN IN SUPPORT OF DEFENDANTS MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE<br><br>Date: July 23, 2008-Unless Expedited<br>Time: 10:00 a.m.<br>Courtroom: G |

I, Kristi Denton Cohen, declare:

1. I am a defendant in the above-captioned action and state the following of my own personal knowledge.

2. The Publishing Agreement between Duncan and Sierra Club Books was sent to me by Mike Snell with David Duncan's authorization. Attached as Exhibit A are true and correct

Denton Cohen's Reply Declaration re Motion to Dismiss—page 1

copies of a letter Duncan sent to me authorizing Mike Snell to forward the book contract, and a letter from Mike Snell enclosing the contract.

3. I have seen the Publishing Agreement attached as Exhibit A to the Declaration of Thomas A. Cohen in Support of Defendants' Motion to Dismiss. It is an exact copy of the contract sent to me by Mike Snell. None of the handwriting or markings on it are mine.

4. I declare under penalty of perjury of the laws of the United States that the foregoing is true except as to those matters alleged on information and belief.

Dated: June 6, 2008

/s/ Kristi Denton Cohen

# Exhibit A

Exhibit A

Kristi Denton  
38 Miller Ave. #488  
Mill Valley, CA 94941

David James Duncan  
9495 Lolo Creek Rd.  
Lolo, MT 59847

November 19, 2005

Dear Kristi

I received your note of Nov. 16 and find it hard to believe that you read my letter. You certainly don't seem to understand it. Before time runs out, I suggest you reread it.

A few clarifications:

• Neither you nor Tom have ever been working on a film "for all of us." You have been working on a film for you and Tom---and my lawyers and I contend that you have been doing so illegally.

• While I have no interest in seeing any version of Tom's screenplay (once was enough, while I was still young and strong!), I will help you with your fishing metaphor. The technical term for what you and Tom have been for twenty years is "skunked."

• In the fishing circles I frequent, a lack of success of this duration suggests that the "anglers" in question would be better off taking up golf.

• I will happily join you in a person to person meeting with one of my lawyers present, provided you and Tom understand beforehand that our only purpose would be to discuss how to help you gracefully terminate your bogus "purchase" of and tenuous "claims" upon the film rights of *The River Why*. As I said in my last letter, my counsel, industry advisors and I unanimously consider Tom's deal with SCB to have been a cheat from the start and your claim on my novel to be void.

I hope you begin to understand.

A copy of my book contract with SCB should be in your hands, compliments of Mike Snell. If you have further questions, you're welcome to talk to him. Rather than send further Mill Valley fishing reflections to Montana, though, you might be be better off researching that book contract, and further studying breach of duty, fair dealing, and fraudulent inducement in preparation for our approaching day in court.

Sincerely,

*[signature]*

David James Duncan

cc: H. M. Snell/counsel/Salinger/Doubleday

# MICHAEL SNELL LITERARY AGENCY

FAX

November 18, 2005

TO: Kristi Denton Cohen
FR: Mike Snell
RE: THE RIVER WHY

I received your phone call the other day but haven't been able to get back to you until this morning.

Yes, I think I can shed some light on David's problems with your efforts over the years to get a film made of his novel. You can most easily reach me any morning before noon my time.

Here is a copy of the Sierra Club agreement for THE RIVER WHY. I apologize for lack of clarity: I needed to reduce it from legal size and block out notes made on it by various lawyers. As you know, I was not the agent of record when David entered into this deal, but I do represent his interests now.

If we don't chat beofre then, have a happy Thanksgiving.

Best Wishes,

Michael Snell, President

MS/br

Copies: David James Duncan, Duncan's attorneys, Michael Zawadzkas, Esq.

FAX NUMBER: (505)349-3718

P.O. Box 1206, Truro, Massachusetts 02666-1206  •  (508) 349-3718