ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS A. COHEN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>Date: July 23, 2008<br>Time: 10:00 a.m.<br>Room: Courtroom G, 15th Floor |

Heller Ehrman LLP

I, Annette L. Hurst, declare as follows:

1. I am an attorney licensed to practice before this Court, and I am a shareholder with the law firm of Heller Ehrman LLP, counsel of record for Plaintiff David James Duncan ("Duncan") in this action. I make this supplemental declaration in opposition to the Motion to Dismiss and Special Motion to Strike brought by Defendants Thomas Cohen and Kristi Denton Cohen (collectively, the "Cohen Defendants"). I have personal knowledge of the facts set forth herein, except as indicated, and I could and would testify competently to them if called upon to testify.

2. I submit this supplemental declaration because recent evidence, subsequent to the filing of Plaintiff David Duncan's opposition brief, has come to light that directly refutes allegations contained in the Cohen Defendants' reply brief that Duncan "has not alleged, nor could he" allege "anything amounting to infringement." *See* Reply at 11. Specifically, recent trade press reports that negotiations to secure actor Zach Gilford for the lead role in the film version of *The River Why* are ongoing. A true and correct copy of articles dated June 4-5, 2008 concerning such recent activity is attached hereto as Exhibit A.

3. This recent activity lends further support to the allegations pled in Duncan's complaint that Denton Cohen is engaged in ongoing infringement in the form of unauthorized preparation of a film derivative work of *The River Why* (Compl. ¶¶37, 43-48). Additionally, Denton Cohen's pleadings in her lawsuit against the Sierra Club alleged numerous acts taken in connection with an ongoing course of threatened infringement in the form of the preparation of a film derivative work. For example, the pleading alleges that "Peloton subsequently began to actively develop the project including commissioning a rewrite of the screenplay, affiliating with a Los Angeles production company, selecting a director, meeting with actors, and creating a budget and shooting schedule. *In 2007*, Peloton enlisted a major investor and drafted a private placement memorandum for the purposes of raising the remaining funds necessary to start production. The anticipated start date *was September 2007* with pre-production to begin in July or earlier." *See* Plaintiff Duncan's Request for Judicial Notice Ex. 1 at ¶30 (emphases added).

Heller Ehrman LLP

1

SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF OPPOSITION TO SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS
CASE NO.: 3:08-CV-02243-BZ

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 13th day of June 2008 at San Francisco, California.

                                    /s/ *Annette L. Hurst*
                                        Annette L. Hurst

Heller Ehrman LLP

2

SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF OPPOSITION TO SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS
CASE NO.: 3:08-CV-02243-BZ

# EXHIBIT A

http://www.zap2it.com/movies/news/zap-gilforddareriverwhycasting,0,11018.story

# 'Friday Night Lights' Star Plays the Field

## Zach Gilford signs for 'Dare' and is circling 'The River Why'

Zap2It.com

June 5 2008

Zach Gilford is preparing for a busy summer, lining up two potential film roles.

According to *The Hollywood Reporter,* the "Friday Night Lights" star has signed on to appear in the indie drama "Dare" opposite Emmy Rossum, while he's also in final negotiations to topline "The River Why."

"Dare" is written by David Brind and directed by Adam Salky. It focuses on a group of high school seniors who change their lives in dramatic ways. In addition to Rossum, the cast includes Ashley Springer, Ana Gasteyer and Sandra Bernhard.

"The River Why" is based on the 1983 Sierra Club novel by David James Duncan. Matt Leutwyler is directing that film, which is expected to begin production by late summer in the Pacific Northwest.

It's unclear how Gilford's busy movie schedule -- he's also completed work on "The Post Grad Survival Guide" for Fox Atomic -- will mean for QB1 Matt Saracen, the actor's "Friday Night Lights" character. The series is set to return to DirectTV this fall and to NBC in early 2009.

## "The River Why" Getting the Movie Treatment

**Posted by kturnqui** June 04, 2008 14:44PM

Yogesh Simpson David James Duncan

Word comes from the Oregon state office of film and television that a movie adaptation of David James Duncan's "The River Why" is set to start shooting around July 7.

Here are a few details: the director is Matt Leutwyler, whose imdb credits indicate his background as a producer, listed on such films as "Wonderful World" (2008), with Matthew Broderick and Sanaa Lathan; and a producer and second unit director on "Lower Learning" (2008), a comedy starring Jason Biggs, Eva Longoria Parker, Rob Corddry and Ed Helms, among others. Leutwyler -- busy guy! -- is also listed as executive producer of "Against the Current" (2008), a drama starring Joseph Fiennes, Justin Kirk, Elizabeth Reaser and Mary Tyler Moore.

As the film's Web site describes Duncan's book: "Set on the banks of a wild river, 'The River Why' is the story of 20 year old Gus Orviston, the Mozart of flyfishing, who leaves his big city home in rebellion from his family. In the process he comes in contact with an assortment of eccentric characters who help him in his journey to adulthood. Most of all, The River Why is a love story. The love of a man for the wilderness, and for a beautiful woman who comes to share it with him."

Categories: Movies Top Stories

### Comments

Footer




Powered by Clickability

# Zach Gilford takes the 'Dare'

**'Friday Night Lights' star also eyes 'River Why'**

By Leslie Simmons

June 5, 2008, 01:00 AM

Zach Gilford is continuing his push into film with two new projects.

The actor (NBC's "Friday Night Lights") has inked a deal to star opposite Emmy Rossum in the indie drama "Dare" and is in final negotiations to star in "The River Why."

Gilford's reps said that with the WGA strike, the actor had an "extra long hiatus" and was able to make three deals.

"Dare," helmed by Adam Salky and penned by David Brind, is based on a short film and is filming in Philadelphia.

Gilford plays the bad boy in the film about three high school seniors who break their own rules and take the biggest risks of their lives. He joins a cast that includes Ashley Springer, Ana Gasteyer and Sandra Bernhard.

Meanwhile, Gilford is in final talks to play Gus Orviston in the film adaptation of David James Duncan's 1983 Sierra Club novel "The River Why."

Matt Leutwyler is directing a script penned by Thomas A. Cohen and John Jay Osborn Jr.

Kristi Denton Cohen is producing the film, which is set to start filming in late summer in the Pacific Northwest.

Gilford is repped by Endeavor and D/F Management.

**Links referenced within this article**

**Find this article at:**
http://www.hollywoodreporter.com/hr/content_display/news/e3i7e868997eb1bc7b4cfe84b9358e64baf

☑ Uncheck the box to remove the list of links referenced in the article.

© 2008 VNU eMedia Inc. All rights reserved.

This story was printed from MovieWeb.com
http://www.movieweb.com/news/48/29148.php

PRINT THIS | CLOSE

## Zach Gilford Joins *Dare* and *The River Why*

Zach Gilford (Friday Night Lights) has solidified a deal to star opposite Emmy Rossum in the indie drama **Dare** and is in final negotiations to star in **The River Why**.

According to *The Hollywood Reporter*, Dare is directed by Adam Salky and written by David Brind, and is based on a short film. The film is currently shooting in Philadelphia.

Gilford plays the bad boy in the film about three high school seniors who break their own rules and take the biggest risks of their lives. He joins a cast that includes Ashley Springer, Ana Gasteyer and Sandra Bernhard.

Meanwhile, Gilford is in final talks to play Gus Orviston in the film adaptation of David James Duncan's 1983 Sierra Club novel **The River Why**.

Matt Leutwyler is directing a script written by Thomas A. Cohen and John Jay Osborn Jr.

**The River Why** is set to start filming in late summer in the Pacific Northwest.

Back to MovieWeb.com

Copyright MovieWeb Inc., All Rights Reserved.