# HellerEhrman LLP

July 2, 2008

Annette L. Hurst
Annette.Hurst@hellerehrman.com
Direct +1.415.772.6840
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

*By E-Mail*

Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court for the
Northern District of California
450 Golden Gate Ave.
Courtroom G, 15th Floor
San Francisco, CA 94102

**Re:    Duncan v. Cohen et al., No. CV 08 2243 BZ**

Dear Judge Zimmerman:

    We represent Plaintiff in the above-caption action for, amongst other claims, copyright infringement. As the Court may recall, this action concerns an infringement of the right to prepare a film derivative work of Plaintiff's novel *The River Why*. It has come to Plaintiff's attention in the last few days that, after a period of nearly twenty-five years, the Cohen Defendants intend to commence filming of a derivative work of the novel next week. Counsel for the Cohen Defendants, Ms. Hasse, confirmed in our Rule 26(f) conference call today that they do in fact intend to start filming "sometime next week."

    Plaintiff respectfully requests an immediate telephonic conference amongst all parties with the Court to discuss this substantial anticipated alteration of the status quo. Plaintiff requests that the Court consider in connection with such a conference any or all of the following relief: (a) an immediate lifting of the Rule 26 discovery stay, (2) order for expedited discovery, and either (3) hearing of a motion for preliminary injunction on shortened time, or (4) consolidation of such a motion with trial on the merits to occur within 90-120 days if the Cohen Defendants will desist until resolution on the merits.

                                            Respectfully yours,

                                            Annette L. Hurst

cc:    Lizbeth Hasse, Esq.
       Thomas Burke, Esq.

Heller Ehrman LLP  333 Bush Street  San Francisco, CA  94104-2878  www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Shanghai   Silicon Valley   Singapore   Washington, D.C.