1  ANNETTE L. HURST (Bar No. 148738)
2  ELISABETH R. BROWN (Bar No. 234879)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: +1.415.772.6000
   Facsimile:  +1.415.772.6268
5  E-mail:     Annette.Hurst@HellerEhrman.com
6              Elisabeth.Brown@HellerEhrman.com

8  Attorneys for Plaintiff
   DAVID JAMES DUNCAN

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN, | Case No.: 3:08-cv-02243-BZ |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION** |
| THOMAS A. COHEN et al., | |
| Defendants. | |

Plaintiff's Ex Parte Application for an order permitting the filing of a Verified Amended and Supplemental Complaint, for a temporary restraining order and order to show cause re preliminary injunction, for expedited discovery, and for an order advancing trial on the merits to be consolidated with the hearing on preliminary injunction duly came on for consideration by the Court.  Having considered the papers submitted by Plaintiff and Defendants, the evidence and arguments submitted in connection therewith and the other pleadings and papers made of record in this action, the Court finds as follows.

1.   Plaintiff has demonstrated a likelihood of success on the merits of his copyright infringement claim because he owns a valid registered copyright in the novel *The River Why*, Defendants Denton Cohen and Peloton are threatening to invade several of the

exclusive rights secured to Plaintiff under Section 106 of the Copyright Act by their preparation and exploitation of a motion picture derivative work, and the viability of the option found in the Letter Agreement as authorization for Defendants' actions appears to be, at a minimum, highly suspect.

2.   There is further a very high probability that Plaintiff will be irreparably harmed if Defendants Peloton and Denton Cohen are permitted to alter the status quo by commencing filming of a motion picture derivative work during the pendency of this action. Duncan will lose his opportunity to exploit his motion picture derivative work right entirely, and also will be irremediably harmed in an aesthetic sense by the threatened film's assault on the integrity of his underlying copyrighted work.  Given Defendants' fair notice of Plaintiff's claims and the long period of inaction on their part prior to now, the balance of hardships also tips sharply in Plaintiff's favor in this matter.

IT IS THEREFORE ORDERED THAT:

3.   This Court has jurisdiction over the subject matter and the parties.

4.   Leave to file the Verified Amended and Supplemental Complaint is hereby granted, and it shall be deemed filed as of July 7, 2008.

5.   Defendants Denton Cohen and Peloton Productions, and their agents, servants, employees, attorneys, all those acting in privity or in active concert with them who receive actual notice of this order by personal service or otherwise are hereby restrained, pending the hearing on Plaintiff's motion for preliminary injunction, from filming, editing, marketing, promoting, distributing, publicly displaying or publicly performing any work based in whole or in part upon Plaintiff's novel *The River Why*.

5.   Plaintiff's Application for Expedited Discovery is granted, and Defendants are ordered to produce documents and answer interrogatories within fifteen days from service of the requests by Plaintiff, and Defendants Cohen and Denton Cohen are ordered to sit for deposition during the week of July 28, 2008.

6.   Pursuant to Rule 65(a), the trial of this action shall be advanced and consolidated with the hearing on the motion for preliminary injunction, and shall be heard

Heller Ehrman LLP

1  commencing on September 15, 2008.  The pretrial conference shall be held on September 4,
2  2008.  The parties shall meet and confer regarding interim deadlines for fact discovery,
3  expert disclosure and dispositive motions, if any, and report to the Court the results of that
4  meeting by July 10, 2008.  If a further status conference proves necessary at that time, it
5  will be held on July 21, 2008.

DATED:

_____
UNITED STATE MAGISTRATE JUDGE
BERNARD ZIMMERMAN

Submitted by:
Annette L. Hurst, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA   94104