ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@hellerehrman.com
ELISABETH R. BROWN (Bar No. 234879)
Elisabeth.Brown@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

Attorneys for Plaintiff
David James Duncan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS A. COHEN et al.,<br><br>    Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**DECLARATION OF SERVICE**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Dep't: Courtroom G, 15th Floor** |

**DECLARATION OF SERVICE**

I, Annette L. Hurst, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104. I am over the age of eighteen years and not a party to this action.

On July 4, 2008, I served the following:

**1.    PLAINTIFF'S EX PARTE APPLICATION FOR: (1) AN ORDER PERMITTING THE FILING OF A VERIFIED AMENDED AND SUPPLEMENTAL COMPLAINT; (2) A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION; (3) AN ORDER FOR EXPEDITED DISCOVERY; AND (4) AN ORDER ADVANCING TRIAL ON THE MERITS TO BE CONSOLIDATED WITH THE PRELIMINARY INJUNCTION HEARING;**

**2.    PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION;**

**3.    DECLARATION OF MATT SALINGER IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION;**

**4.    DECLARATION OF ANNETTE L. HURST IN SUPPORT OF *EX PARTE* APPLICATION;**

**5.    VERIFIED AMENDED AND SUPPLEMENTAL COMPLAINT FOR COPYRIGHT INFRINGEMENT, DECLARATORY RELIEF, BREACH OF FIDUCIARY DUTY, FRAUD, CONSTRUCTIVE FRAUD, CONSPIRACY TO DEFRAUD, FALSE ADVERTISING, AND INVASION OF THE RIGHT OF PUBLICITY; AND**

**6.    [PROPOSED] ORDER GRANTING EX PARTE APPLICATION.**

on the below parties to this action as follows:

| Attorney/Addressee | Party(ies) Served |
|---|---|
| Lizbeth Hasse<br>Creative Industry Law Group LLP<br>526 Columbus Avenue, 2nd Floor<br>San Francisco, California 94133<br>Email: lhasse@creativelawgroup.com | Kristi Denton Cohen; Thomas Cohen |

| Thomas A. Cohen<br>Law Offices of Thomas A Cohen<br>639 Front St.<br>4th Floor<br>San Francisco, CA 94111<br>Email: tomcohen@ionix.net | Kristi Denton Cohen; Thomas Cohen |
|---|---|
| Thomas Burke<br>Davis Wright Tremaine LLP<br>Suite 800<br>505 Montgomery Street<br>San Francisco, CA 94111-6533<br>Email: THOMASBURKE@dwt.com | Sierra Club Books |

☐ (BY MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY EXPRESS COURIER). I placed true copies thereof in a sealed [Courier Company] envelope, air bill addressed as shown, for collection and delivery pursuant to the ordinary business practice of this office which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

☐ (BY PERSONAL SERVICE). I personally delivered the document(s) by hand to the addressee(s) noted above.

☒ (BY EMAIL SERVICE). I served courtesy copies of the document(s) identified above to be served in this action by attaching a copy thereof to an electronic mail message and transmitting the same to the e-mail addresses shown above.

☒ (BY ELECTRONIC CASE FILING SERVICE). I served the document(s) identified above to be served in this action by filing them through the Northern District of California's Electronic Case Filing System.

☐ (BY FACSIMILE). At approximately [Transmission Time], by use of facsimile machine, I served a copy of the above documents. The facsimile machine that I

used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this proof of service was executed on July 4, 2008 at San Francisco, California.

　　　　　　　　　　_____/s/ Annette L. Hurst_____
　　　　　　　　　　　　　Annette L. Hurst