UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JAMES DUNCAN, | ) | |
| Plaintiff(s), | ) | No. C 08-2243 BZ |
| v. | ) | |
| | ) | **ORDER SCHEDULING HEARING** |
| THOMAS A. COHEN, et al., | ) | |
| Defendant(s). | ) | |

It is **ORDERED** that a hearing on Plaintiff's Ex Parte Application is scheduled for Friday, July 11, 2008 at 9 am. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Defendants shall file any opposition by noon, July 9, 2008.

Dated: 7 July 08

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DUNCAN V. COHEN\ExParte Hearing.wpd

1