ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID JAMES DUNCAN,<br><br>                           Plaintiff,<br><br>  v.<br><br>THOMAS A. COHEN et al.,<br><br>                         Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**PLAINTIFF DUNCAN'S REQUEST FOR ANNETTE L. HURST TO APPEAR TELEPHONICALLY FOR HEARING ON *EX PARTE* APPLICATION**<br><br>**Date: Friday, July 11, 2008**<br>**Time: 9:00 a.m.**<br>**Dep't: Courtroom G, 15th Floor** |
|---|---|

Plaintiff David James Duncan ("Plaintiff") respectfully requests permission for Plaintiff's lead counsel, Annette L. Hurst, to appear telephonically at the July 11, 2008 hearing on Plaintiff's *Ex Parte* Application (Docket #37). Ms. Hurst is presently in Washington state for a family vacation and she is not scheduled to return until July 19, 2008. Ms. Hurst will be unable to return to San Francisco for the hearing date, because July 11 is the 70th birthday of Ms. Hurst's mother, the celebration of which was the principal reason for the family vacation.

//

In addition to Ms. Hurst's telephonic appearance, Elisabeth Brown, also counsel for Plaintiff, will attend the hearing in person.

Dated: July 7, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By  */s/ Elisabeth R. Brown*
    ELISABETH R. BROWN

Attorneys for Plaintiff
DAVID JAMES DUNCAN

Heller Ehrman LLP

2
PLAINTIFF DUNCAN'S REQUEST FOR ANNETTE L. HURST TO APPEAR TELEPHONICALLY FOR HEARING ON *EX PARTE* APPLICATION
CASE NO.: 3:08-CV-02243-BZ