ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>THOMAS A. COHEN et al.,<br><br>                    Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DUNCAN'S REQUEST FOR ANNETTE L. HURST TO APPEAR TELEPHONICALLY AT HEARING ON *EX PARTE* APPLICATION**<br><br>**Date:   Friday, July 11, 2008**<br>**Time:   9:00 a.m.**<br>**Dep't:  Courtroom G, 15th Floor** |

The Court hereby grants Plaintiff Duncan's request that his lead counsel, Annette L. Hurst, be permitted to appear telephonically at the hearing on Plaintiff's *Ex Parte* Application scheduled for Friday, July 11, 2008 at 9:00 a.m. in Courtroom G, 15th Floor in the above-entitled action.

DATED:

_____
UNITED STATE MAGISTRATE JUDGE
BERNARD ZIMMERMAN

Heller Ehrman LLP

PROPOSED] ORDER GRANTING REQUEST FOR ANNETTE L. HURST TO APPEAR TELEPHONICALLY AT HEARING ON *EX PARTE* APPLICATION
CASE NO.: 3:08-CV-02243-BZ

Submitted by:
Elisabeth R. Brown, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA   94104

Heller Ehrman LLP

2
PROPOSED] ORDER GRANTING REQUEST FOR ANNETTE L. HURST TO APPEAR TELEPHONICALLY AT HEARING ON *EX PARTE* APPLICATION
CASE NO.: 3:08-CV-02243-BZ