ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:      Annette.Hurst@HellerEhrman.com
               Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>                                    Plaintiff,<br><br>     v.<br><br>THOMAS A. COHEN et al.,<br><br>                                    Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DUNCAN'S REQUEST FOR ANNETTE L. HURST TO APPEAR TELEPHONICALLY AT HEARING ON *EX PARTE* APPLICATION**<br><br>**Date:    Friday, July 11, 2008**<br>**Time:   9:00 a.m.**<br>**Dep't:  Courtroom G, 15th Floor** |

     The Court hereby grants Plaintiff Duncan's request that his lead counsel, Annette L.

Hurst, be permitted to appear telephonically at the hearing on Plaintiff's *Ex Parte*

Application scheduled for Friday, July 11, 2008 at 9:00 a.m. in Courtroom G, 15th Floor in

the above-entitled action.

DATED:

_____

UNITED STATES MAGISTRATE JUDGE
BERNARD ZIMMERMAN

DENIED

Judge Bernard Zimmerman

PROPOSED] ORDER GRANTING REQUEST FOR ANNETTE L. HURST TO APPEAR TELEPHONICALLY AT
HEARING ON *EX PARTE* APPLICATION
CASE NO.: 3:08-CV-02243-BZ

Heller
Ehrman LLP

1

2    Submitted by:
     Elisabeth R. Brown, Esq.
3    Heller Ehrman LLP
     333 Bush Street
     San Francisco, CA   94104

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

2