1  THOMAS R. BURKE (State Bar No. 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 MONTGOMERY STREET, SUITE 800
   SAN FRANCISCO, CALIFORNIA 94111-6533
3  TELEPHONE (415) 276-6500
   FAX (415) 276-6599
4  EMAIL: thomasburke@dwt.com

5  JEFF GLASSER (State Bar No. 252596)
   DAVIS WRIGHT TREMAINE LLP
6  865 S. FIGUEROA ST., SUITE 2400
7  LOS ANGELES, CALIFORNIA 90017-2566
   TELEPHONE (213) 633-6800
8  FAX (213) 633-6899
   EMAIL : jeffglasser@dwt.com

   Attorneys for Defendant
10 SIERRA CLUB, incorrectly sued as
   SIERRA CLUB BOOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>  Plaintiff,<br><br>vs.<br><br>THOMAS A. COHEN d/b/a HAMMERMARK PRODUCTIONS; KRISTI DENTON COHEN d/b/a PELOTON PRODUCTIONS; and SIERRA CLUB BOOKS,<br><br>  Defendants. | Case No. **CV 08 2243 BZ**<br><br>**DEFENDANT SIERRA CLUB'S OPPOSITION TO PLAINTIFF'S *EX PARTE* REQUEST FOR AN EXPEDITED DISCOVERY AND TRIAL SCHEDULE**<br><br>Hearing Date: July 11, 2008<br>Time:         9:00 a.m.<br>Dept.:         Courtroom G, 15th Floor |

Defendant Sierra Club, incorrectly sued as Sierra Club Books, ("Sierra Club"), objects to the expedited discovery and trial schedule proposed by Plaintiff David Duncan for all of the reasons set forth in the accompanying declaration of Thomas R. Burke. Accordingly, Sierra Club

1

1 | respectfully requests that the Court deny Plaintiff's proposed expedited discovery and trial
2 | schedule.

4 | DATED: July 9, 2008

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
JEFF GLASSER

By: _____/s/ Thomas R. Burke_____
       Thomas R. Burke
Attorneys for Defendant
SIERRA CLUB

2

Case No. CV 08 2243 BZ
Opposition to Plaintiff's *Ex Parte* Request for An Expedited Discovery and Trial Schedule
DWT 11466445v1 0011716-000018