THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-6533
TELEPHONE (415) 276-6500
FAX (415) 276-6599
EMAIL: thomasburke@dwt.com

JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899
EMAIL : jeffglasser@dwt.com

Attorneys for Defendant
SIERRA CLUB, incorrectly sued as
SIERRA CLUB BOOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JAMES DUNCAN,

           Plaintiff,

    vs.

THOMAS A. COHEN d/b/a
HAMMERMARK PRODUCTIONS; KRISTI
DENTON COHEN d/b/a PELOTON
PRODUCTIONS; and SIERRA CLUB
BOOKS,

           Defendants.

Case No. CV 08 2243 BZ

**DEFENDANT SIERRA CLUB'S
OPPOSITION TO PLAINTIFF'S *EX
PARTE* REQUEST FOR AN EXPEDITED
DISCOVERY AND TRIAL SCHEDULE**

Hearing Date: July 11, 2008
Time:        9:00 a.m.
Dept.:       Courtroom G, 15th Floor

    Defendant Sierra Club, incorrectly sued as Sierra Club Books, ("Sierra Club"), objects to

the expedited discovery and trial schedule proposed by Plaintiff David Duncan for all of the reasons

set forth in the accompanying declaration of Thomas R. Burke.  Accordingly, Sierra Club

1

respectfully requests that the Court deny Plaintiff's proposed expedited discovery and trial schedule.

DATED: July 9, 2008

DAVIS WRIGHT TREMAINE LLP
THOMAS R. BURKE
JEFF GLASSER


By:_____/s/ *Thomas R. Burke*_____
                    Thomas R. Burke
        Attorneys for Defendant
        SIERRA CLUB

Case No. CV 08 2243 BZ
Opposition to Plaintiff's *Ex Parte* Request for An Expedited Discovery and Trial Schedule
DWT 11466445v1 0011716-000018