ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>                      Plaintiff,<br><br>    v.<br><br>THOMAS A. COHEN et al.,<br><br>                      Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF *EX PARTE* APPLICATION**<br><br>Date: Friday, July 11, 2008<br>Time: 9:00 a.m.<br>Dep't: Courtroom G, 15th Floor |

Heller Ehrman LLP

SUPPLEMENTAL DECLARATION OF ANNETTE L. HURST IN SUPPORT OF *EX PARTE* APPLICATION
CASE NO.: 3:08-CV-02243-BZ

I, Annette L. Hurst, declare as follows:

1. I am an attorney licensed to practice before this Court, and I am a shareholder with the law firm of Heller Ehrman LLP, counsel of record for Plaintiff David James Duncan ("Duncan") in this action. I make this supplemental declaration in support of Plaintiff Duncan's *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause re Preliminary Injunction, and Consolidation of Preliminary Injunction Motion with an Expedited Trial on the Merits ("*Ex Parte* Application"). I have personal knowledge of the facts set forth herein, except as indicated, and I could and would testify competently to them if called upon to testify.

2. In their opposition to the *Ex Parte* Application, Defendants Cohen and Denton Cohen (collectively, "Cohen Defendants") assert that I refused to agree to an expedited hearing on their "12(b)(6) and anti-SLAPP motions." This is a distortion of the factual record. Counsel for the Cohen Defendants never disclosed to me their intention to make an anti-SLAPP motion when they requested an expedited hearing for their motion to dismiss. Moreover, I did not reject an expedited schedule on the motion to dismiss, but instead offered to meet and confer regarding the schedule if they would give me at least some information regarding the expected substance of any motion. A true and correct copy of my e-mail sent to Lizbeth Hasse on the subject (which was not included with her declaration) is attached hereto as Exhibit A.

3. When Ms. Hasse requested that I agree to expedite, she requested only that I agree to expedite a "motion to dismiss." As the Court can see, I then specifically asked Ms. Hasse to disclose to me the nature of the anticipated motion. At no time, however, did she disclose to me that she also intended to file a special motion to strike when we were meeting and conferring on the expedited briefing schedule. I was therefore surprised and annoyed to see the special motion to strike, which put at issue the entire case, as I felt that Ms. Hasse had been particularly disingenuous in seeking to have me agree to an expedited briefing schedule on what turned out to be a speaking motion that theoretically put the entire case at issue.

4. On July 2, 2008, in connection with a Rule 26(f) conference, I conveyed to Ms. Hasse my belief that this entire exchange concerning the expedited hearing was disingenuous at best. I explained that at no point during our communications had Ms. Hasse disclosed her intention to file a motion to strike, even after I expressly stated that I could not agree to an expedited hearing in a vacuum and asked for more information. Ms. Hasse expressly apologized to me, acknowledging that she could understand why I would view the exchange as a problem. She stated that she was *unaware* until shortly before the filing that she would be bringing a motion to strike. Thus, she had not meant to be misleading when meeting and conferring with me regarding a motion to dismiss.

5. In light of the true factual circumstances as set forth above surrounding the Cohen Defendants' request for an expedited hearing, it is unfathomable to me that the Cohen Defendants now have the audacity to criticize my reservation in agreeing to an expedited briefing schedule regarding an unknown set of motions. Certainly it is ridiculous to suggest that my unwillingness to agree to expedite a special motion to strike without even knowing about it somehow belies the emergency situation created by Denton Cohen's commencement of filming. At no point during any of our communications did Ms. Hasse intimate that she sought the expedited schedule because her clients intended to commence filming a little over two months after Plaintiff Duncan filed his complaint. Indeed, based on the oral communications, I understood that the goal of the expedited schedule was to accommodate Ms. Hasse's June 20-30 vacation and my July 5-19 vacation.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was hereby executed on July 10, 2008 at Freeland, Washington.

                                              /s/ *Annette L. Hurst*
                                             ANNETTE L. HURST

**Brown, Elisabeth R.**

**From:** Hurst, Annette L.
**Sent:** Monday, May 12, 2008 12:16 PM
**To:** Brown, Elisabeth R.
**Subject:** FW: The River Why

fyi

**From:** Hurst, Annette L.
**Sent:** Monday, May 12, 2008 12:16 PM
**To:** 'Lizbeth Hasse'
**Cc:** Burke, Thomas
**Subject:** RE: The River Why

One of my problems with expediting this is that I have no idea what the motion is about. If you want to file the motion now and work out a briefing schedule that works for you, I'm happy to meet and confer on that once I've seen it. But I don't really think it's fair to expect me to do this in a vaccum. You've had the complaint for months, and apparently have some arguments that you want to present. I have no idea what they are, and I don't want to agree in advance to something that causes me a problem later.

**From:** Lizbeth Hasse [mailto:lhasse@creativelawgroup.com]
**Sent:** Monday, May 12, 2008 12:00 PM
**To:** Hurst, Annette L.
**Cc:** Burke, Thomas
**Subject:** RE: The River Why

Thanks Annette. Problem is that 7/2 date precludes my being able to work on reply brief as my family's vacation is June 20-30, Given your vacation shortly thereafter, I don't want to delay it further, so I wondered if you would stipulate to an expedited decision and , if so, if you could tell me dates that won't work for you

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Lizbeth Hasse, Esq.
Creative Industry Law Group LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
415.433.4380 Phone
415.433.6580 Fax

7/9/2008

**From:** Hurst, Annette L. [mailto:Annette.Hurst@hellerehrman.com]
**Sent:** Monday, May 12, 2008 11:40 AM
**To:** Lizbeth Hasse
**Cc:** Burke, Thomas
**Subject:** RE: The River Why

Why don't we just stick with your original plan to file on 5/28 and notice it for 7/2?

---

**From:** Lizbeth Hasse [mailto:lhasse@creativelawgroup.com]
**Sent:** Monday, May 12, 2008 11:36 AM
**To:** Hurst, Annette L.
**Cc:** Burke, Thomas
**Subject:** RE: The River Why

Dear Annette,
The clerk says we cannot specify dates. We would be asking for a time in June (maybe late May) that Zimmerman has no calendar because he is assigned to criminal. His clerk says it will be up to him (if he agrees to an expedited hearing) to set a date. All we can do is stipulate to expedited schedule and tell him the dates we are not available. Can you give me dates of your unavailability?

Thanks much.
Liz

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Lizbeth Hasse, Esq.
Creative Industry Law Group LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
415.433.4380 Phone
415.433.6580 Fax

---

**From:** Hurst, Annette L. [mailto:Annette.Hurst@hellerehrman.com]
**Sent:** Monday, May 12, 2008 9:38 AM
**To:** Lizbeth Hasse
**Cc:** Burke, Thomas
**Subject:** RE: The River Why

I can't really answer the question without knowing the specific dates proposed. I've also got various times that I'm out of the office.

---

**From:** Lizbeth Hasse [mailto:lhasse@creativelawgroup.com]
**Sent:** Friday, May 09, 2008 3:10 PM
**To:** Hurst, Annette L.

**Cc:** Burke, Thomas
**Subject:** RE: The River Why

Thank Annette.

Would you stipulate to an expedited hearing date on or before July 2, 2008 that is at least 14 days after she is served with the motion papers. That would give you the same amount of time to respond that you would otherwise get under court rules.

My schedule in June is that I have mediations on the 3rd, 18th and 19th and a European vacation with all of my family from June 20-30, so July 2 is obviously not ideal.
Tom Cohen is arguing an appeal on June 9, but is otherwise available.
Please let me know.

Thanks much.
Liz

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Lizbeth Hasse, Esq.
Creative Industry Law Group LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
415.433.4380 Phone
415.433.6580 Fax

---

**From:** Hurst, Annette L. [mailto:Annette.Hurst@hellerehrman.com]
**Sent:** Thursday, May 08, 2008 11:14 AM
**To:** Lizbeth Hasse
**Cc:** Burke, Thomas
**Subject:** RE: The River Why

Liz:

I had asked for every document we received from the Court to be PDFed to me to forward to you and Tom, and thought that I had them all. Apparently my secretary did inadvertently omit the CMC order, and attached is a copy. I apologize for that oversight both on her part and mine in forwarding the documents I received from her.

Putting aside all arguments regarding the merits of such a motion, your proposed schedule below is acceptable to me assuming that Judge Zimmerman is available for a hearing on that date. I am on vacation from July 5-19 so I don't want anything scheduled (either hearing or significant briefing due date) during that period of time.

Are you able to confirm the availability of that date?


7/9/2008

Regards,
Annette

---

**From:** Lizbeth Hasse [mailto:lhasse@creativelawgroup.com]
**Sent:** Tuesday, May 06, 2008 10:48 AM
**To:** Hurst, Annette L.
**Subject:** FW: The River Why

Dear Annette,

I had only read your message as asking me if I would accept service with a courtesy copy of some of the documents. That's why I wrote back to request clarification. Management order and a couple other required items were missing, I thought.

In any event, I am willing to have service deemed to have been made on 5/2 with a request to you that our response be due on 5/28 and that the motion to dismiss hearing be 7/2.

Thanks much.

Regards.

Liz

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Lizbeth Hasse, Esq.
Creative Industry Law Group LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
415.433.4380 Phone
415.433.6580 Fax

---

**From:** Hurst, Annette L. [mailto:Annette.Hurst@hellerehrman.com]
**Sent:** Monday, May 05, 2008 5:46 PM
**To:** Lizbeth Hasse
**Subject:** RE: The River Why

Lizbeth:

My belief was that when you indicated you would accept service, you had done so effective as of the day I transmitted all of the relevant documents to you by e-mail when making that request. In my experience, that's usually it. What more were you expecting?

Annette

---

**From:** Lizbeth Hasse [mailto:lhasse@creativelawgroup.com]
**Sent:** Monday, May 05, 2008 5:21 PM
**To:** Hurst, Annette L.
**Subject:** The River Why

Annette,
Can you let me know when you plan to officially serve my clients.
I am going to be out of town at an extended mediation from the 8th through 14th and want to be sure i know when the time starts running.
Thanks very much.
Regards.
Liz Hasse

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Lizbeth Hasse, Esq.
Creative Industry Law Group LLP
526 Columbus Avenue, Second Floor
San Francisco, CA 94133
415.433.4380 Phone
415.433.6580 Fax

===============================================

This email is sent by a law firm and contains information that may
be privileged and confidential. If you are not the intended recipient,
please delete the email and notify us immediately.

===============================================




===============================================

This email is sent by a law firm and contains information that may
be privileged and confidential. If you are not the intended recipient,
please delete the email and notify us immediately.

===============================================




===============================================

7/9/2008

This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

================================================

================================================

This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

================================================

7/9/2008