ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  +1.415.772.6000
Facsimile:   +1.415.772.6268
E-mail:       Annette.Hurst@HellerEhrman.com
                  Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>                              Plaintiff,<br><br>      v.<br><br>THOMAS A. COHEN et al.,<br><br>                              Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**SUPPLEMENTAL DECLARATION OF ELISABETH R. BROWN IN SUPPORT OF *EX PARTE* APPLICATION**<br><br>**Date: Friday, July 11, 2008**<br>**Time: 9:00 a.m.**<br>**Dep't: Courtroom G, 15th Floor** |

Heller
Ehrman LLP

I, Elisabeth R. Brown, declare as follows:

1. I am an attorney licensed to practice before this Court, and I am an associate with the law firm of Heller Ehrman LLP, counsel of record for Plaintiff David James Duncan ("Duncan") in this action. I make this supplemental declaration in support of Plaintiff Duncan's *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause re Preliminary Injunction, and Consolidation of Preliminary Injunction Motion with an Expedited Trial on the Merits. I have personal knowledge of the facts set forth herein, except as indicated, and I could and would testify competently to them if called upon to testify.

2. In Duncan's *Ex Parte* Application (Docket #37), filed on July 4, 2008, Duncan requested the Court order, *inter alia*, expedited discovery in this case. The exhibits to my declaration, described in Paragraphs 3-11 below, contain discovery requests for which expedited responses are requested. All of the discovery requests described below were served on Defendants Denton Cohen, Cohen, and Sierra Club Books on July 8, 2008.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff David James Duncan's First Set Of Requests For Production Of Documents And Things To Defendant Kristi Denton Cohen.

4. Attached hereto as Exhibit B is a true and correct copy of Plaintiff David James Duncan's First Set Of Interrogatories On Defendant Kristi Denton Cohen.

5. Attached hereto as Exhibit C is a true and correct copy of Plaintiff David James Duncan's Notice of Rule 30(b)(1) Deposition of Defendant Kristi Denton Cohen.

6. Attached hereto as Exhibit D is a true and correct copy of Plaintiff David James Duncan's First Set Of Requests For Production Of Documents And Things To Defendant Thomas Cohen.

7. Attached hereto as Exhibit E is a true and correct copy of Plaintiff David James Duncan's First Set Of Interrogatories On Defendant Thomas Cohen.

8. Attached hereto as Exhibit F is a true and correct copy of Plaintiff David James Duncan's Notice of Rule 30(b)(1) Deposition of Defendant Thomas Cohen.

SUPPLEMENTAL DECLARATION OF ELISABETH R. BROWN IN SUPPORT OF *EX PARTE* APPLICATION
CASE NO.: 3:08-CV-02243-BZ

9.   Attached hereto as Exhibit G is a true and correct copy of Plaintiff David James Duncan's First Set Of Requests For Production Of Documents And Things To Defendant Sierra Club Books.

10. Attached hereto as Exhibit H is a true and correct copy of Plaintiff David James Duncan's First Set Of Interrogatories On Defendant Sierra Club Books.

11. Attached hereto as Exhibit I is a true and correct copy of Plaintiff David James Duncan's First Set Of Requests for Admission On Defendant Sierra Club Books.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was hereby executed on July 10, 2008 at San Francisco, California.

_____/s/ *Elisabeth R. Brown*_____
ELISABETH R. BROWN

SUPPLEMENTAL DECLARATION OF ELISABETH R. BROWN IN SUPPORT OF *EX PARTE* APPLICATION
CASE NO.: 3:08-CV-02243-BZ

ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:      Annette.Hurst@HellerEhrman.com
             Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>                              Plaintiff,<br><br>      v.<br><br>THOMAS A. COHEN, et al.,<br><br>                              Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**PLAINTIFF DAVID JAMES DUNCAN'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT KRISTI DENTON COHEN** |

Heller
Ehrman LLP

Exhibit A

1

## REQUESTS FOR PRODUCTION

2 **Request for Production No. 1:**

3      All documents or things in Defendant Denton Cohen's possession, custody, or

4 control relating to *The River Why*.

5 **Request for Production No. 2:**

6      All documents concerning production of any motion picture based in whole or in part

7 upon *The River Why*.

8 **Request for Production No. 3:**

9      All documents evidencing any expenditure of any kind by any person, including

10 without limitation Thomas Cohen, Kristi Denton Cohen, Peloton Productions, or Ambush

11 Entertainment demonstrating any effort to exploit the option set forth in that certain Letter

12 Agreement dated October 2, 1984 between Sierra Club Books and Hammermark

13 Productions, Inc.

14 **Request for Production No. 4:**

15      Communications of any kind concerning *The River Why* or any actual or proposed

16 screenplay or motion picture based in whole or in part thereon, but not limited to:

17      i)      Communications with investors or prospective investors;

18      ii)     Communications with Andrea Nachtigall;

19      iii)    Communications with Sierra Club, Sierra Club Books, or any past or present

20              employees of Sierra Club or Sierra Club Books, including without limitation

21              Jon Beckmann or Danny Moses;

22      iv)     Communications with John Jay Osborn, Jr.;

23      v)      Communications with any persons or entities interested in optioning or

24              purchasing the right to prepare a motion picture based in whole or in part

25              upon *The River Why*, including without limitation Bevans Branham or Liesl

26              Copland;

27      vi)     Communications with David James Duncan;

28      vii)    Communications with Mike Snell;

Heller
Ehrman LLP

FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS ON DEFENDANT DENTON
COHEN
CASE NO.: 3:08-CV-02243-BZ

viii) Communications with actors, actresses, agents or business representatives of actors and agents;

ix) Communications with Hammermark Productions, River Why Partners, River Why-Kiwi Partners, Thomas Cohen, or any employee or agent of each of them;

x) Communications with Matthew Leutwyler, Jun Tan, Ambush Entertainment, or any employee or agent of each of them; and

xi) Communications with producers, screenplay writers, or directors.

**Request for Production No. 5:**

All documents evidencing or relating to the development of any budget for a motion picture based in whole or in part upon *The River Why*, including draft and final budgets.

**Request for Production No. 6:**

All documents concerning any actual or proposed investment in the production of a motion picture based in whole or in part upon *The River Why*.

**Request for Production No. 7:**

All documents that Defendant Denton Cohen contends support the accuracy of any of the recitals set forth in the Stipulated Judgment.

**Request for Production No. 8:**

All press releases or other press communications, or any documents related thereto, concerning or relating to any motion picture based in whole or in part upon *The River Why*.

**Request for Production No. 9:**

All documents evidencing or concerning meetings related to any proposed motion picture based in whole or in part upon *The River Why*, including agendas, notes and calendar entries.

**Request for Production No. 10:**

All documents evidencing or relating to any tax deductions or credits claimed by or inuring to the economic benefit, directly or indirectly, of Thomas Cohen or Kristi Denton Cohen, including without limitation deductions taken for unreimbursed business expenses

Heller
Ehrman LLP

3

1  associated with any efforts of any kind to prepare a motion picture based in whole or in part

2  upon *The River Why*.

3  **Request for Production No. 11:**

4      All documents identified in, or consulted in preparing, Defendant Denton Cohen's

5  response to Plaintiff Duncan's First Set of Interrogatories.

6

7  Dated: July 8, 2008                    Respectfully submitted,

8                                       HELLER EHRMAN LLP

9

10                                  By    *Elisabeth R. Brown*
                                    ELISABETH R. BROWN

11                                      Attorneys for Plaintiff

12                                      DAVID JAMES DUNCAN

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS ON DEFENDANT DENTON
COHEN
CASE NO.: 3:08-CV-02243-BZ

1  ANNETTE L. HURST (Bar No. 148738)
2  ELISABETH R. BROWN (Bar No. 234879)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone:  +1.415.772.6000
   Facsimile:  +1.415.772.6268
5  E-mail:     Annette.Hurst@HellerEhrman.com
               Elisabeth.Brown@HellerEhrman.com
6

7

8  Attorneys for Plaintiff
   DAVID JAMES DUNCAN
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12  DAVID JAMES DUNCAN,                    Case No.: 3:08-cv-02243-BZ

13                          Plaintiff,

14                                         **PLAINTIFF DAVID JAMES
                                           DUNCAN'S FIRST SET OF
15        v.                               INTERROGATORIES ON
                                           DEFENDANT KRISTI DENTON
16  THOMAS A. COHEN, et al.,               COHEN**

17                          Defendants.

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

Exhibit B

# INTERROGATORIES

**Interrogatory No. 1:**

Identify all expenses paid by Defendant Denton Cohen evidencing, relating to, or concerning any effort to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including the date of each expense, the nature of each expense, and the method of payment for each expense.

**Interrogatory No. 2:**

Identify all expenses paid by Peloton Productions evidencing, relating to, or concerning any effort to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including the date of each expense, the nature of each expense, and the method of payment for each expense.

**Interrogatory No. 3:**

Identify all tax deductions or credits claimed by or inuring to the economic benefit, directly or indirectly, of Thomas Cohen or Kristi Denton Cohen, including without limitation deductions taken for unreimbursed business expenses associated with any efforts of any kind to prepare a motion picture based in whole or in part upon *The River Why*.

**Interrogatory No. 4:**

Identify any persons or entities, including their positions or titles, currently working with Denton Cohen or Peloton Productions in connection with the production of a motion picture based in whole or in part upon *The River Why*.

**Interrogatory No. 5:**

Identify the date on which Defendant Denton Cohen actually signed any or all purported assignment documents concerning an option or any other form of legal right to prepare a motion picture based in whole or in part upon *The River Why*. If Defendant Denton Cohen does not recall the exact date, then his response should include the approximate date on which she signed any such purported assignment documents.

Heller
Ehrman LLP

FIRST SET OF INTERROGATORIES ON DEFENDANT DENTON COHEN
CASE NO.: 3:08-CV-02243-BZ

**Interrogatory No. 6:**

Identify any persons or entities who invested, or offered to invest, in Peloton Productions' efforts to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including their name, last known address and telephone number, and the amount of money invested or offered to be invested.

**Interrogatory No. 7:**

Identify any persons or entities who invested, or offered to invest, in Defendant Denton Cohen's efforts to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including their name, last known address and telephone number, and the amount of money invested or offered to be invested.

**Interrogatory No. 8:**

Identify all facts, documents, and witnesses upon which Defendant Denton Cohen relies to support her contention that she is authorized to prepare a motion picture based in whole or in part upon *The River Why*.

Dated: July 8, 2008                    Respectfully submitted,

                                       HELLER EHRMAN LLP


                                       By _____
                                              ELISABETH R. BROWN

                                       Attorneys for Plaintiff
                                       DAVID JAMES DUNCAN

Heller
Ehrman LLP

FIRST SET OF INTERROGATORIES ON DEFENDANT DENTON COHEN
CASE NO.: 3:08-CV-02243-BZ

ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN, | Case No.: 3:08-cv-02243-BZ |
| Plaintiff, | |
| v. | **PLAINTIFF DAVID JAMES DUNCAN'S NOTICE OF RULE 30(B)(1) DEPOSITION OF DEFENDANT KRISTI DENTON COHEN** |
| THOMAS A. COHEN, et al., | |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing at 9:30 a.m. on July 31, 2008 at the

offices of Heller Ehrman LLP, 333 Bush Street, San Francisco, California, Plaintiff David

James Duncan, through his attorneys, will take the deposition of Defendant Kristi Denton

Cohen pursuant to Federal Rule of Civil Procedure 30(b)(1). The deposition will take place

upon oral examination before a notary public or other person authorized to administer oaths,

will be recorded by stenographic and/or sound and video means, and will continue from day

to day until completed.

//

//

Heller
Ehrman LLP

Exhibit C

1    Dated: July 8, 2008                Respectfully submitted,

2                                       HELLER EHRMAN LLP

3
                                        By _____Elisabeth R. R_____
4                                            ELISABETH R. BROWN

5                                       Attorneys for Plaintiff
6                                       DAVID JAMES DUNCAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Heller    28
Ehrman LLP

---

DEPOSITION NOTICE OF DEFENDANT KRISTI DENTON COHEN
CASE NO.: 3:08-CV-02243-BZ

1  ANNETTE L. HURST (Bar No. 148738)
2  ELISABETH R. BROWN (Bar No. 234879)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
5  E-mail:   Annette.Hurst@HellerEhrman.com
6             Elisabeth.Brown@HellerEhrman.com
7
8  Attorneys for Plaintiff
   DAVID JAMES DUNCAN
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12  DAVID JAMES DUNCAN,                     Case No.: 3:08-cv-02243-BZ

13                          Plaintiff,

14                                          **PLAINTIFF DAVID JAMES**
                                            **DUNCAN'S FIRST SET OF**
15        v.                                **REQUESTS FOR PRODUCTION**
                                            **OF DOCUMENTS AND THINGS**
16  THOMAS A. COHEN, et al.,                **ON DEFENDANT THOMAS**
                                            **COHEN**
17                          Defendants.

18

19

20

21

22

23

24

25

26

27

Heller
Ehrman LLP   28

Exhibit D

FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS ON DEFENDANT COHEN
CASE NO.: 3:08-CV-02243-BZ

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

All documents or things in Defendant Cohen's possession, custody or control relating to *The River Why*, including, but not limited to, any screenplay or proposed motion picture based in whole or in part thereon.

**Request for Production No. 2:**

All documents evidencing, relating to or concerning the negotiation, execution and/or administration of the option set forth in that certain October 2, 1984 Letter Agreement between Sierra Club Books and Hammermark Productions, Inc., including without limitation drafts, notes, correspondence, reports, assignments, draft or completed screenplays, budgets, and all payments made in connection therewith.

**Request for Production No. 3:**

All documents evidencing, relating to, or concerning any expenditure of any kind by any person, including without limitation Thomas Cohen, Hammermark Productions, Inc. or River Why Partners, demonstrating any effort to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc.

**Request for Production No. 4:**

All communications of any kind concerning *The River Why* or any actual or proposed screenplay or motion picture based in whole or in part thereon, including, but not limited to:

   i)     Communications with investors or prospective investors;

   ii)    Communications with Andrea Nachtigall;

   iii)   Communications with Sierra Club, Sierra Club Books, or any past or present employees of Sierra Club or Sierra Club Books, including without limitation Jon Beckmann or Danny Moses;

   iv)    Communications with John Jay Osborn, Jr.;

FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS ON DEFENDANT COHEN
CASE NO.: 3:08-CV-02243-BZ

Heller
Ehrman LLP

v)    Communications with any persons or entities interested in optioning or purchasing the right to prepare a motion picture based in whole or in part on *The River Why*, including without limitation Bevans Branham or Liesl Copland;

vi)   Communications with Krist Denton Cohen, Peloton Productions, or employees and agents of each of them;

vii)  Communications with David James Duncan;

viii) Communications with Mike Snell;

ix)   Communications with actors, actresses, agents or business representatives of actors and agents;

x)    Communications with Matthew Leutwyler, Jun Tan, Ambush Entertainment, or any employee or agent of each of them; and

xi)   Communications with producers, screenplay writers, or directors.

**Request for Production No. 5:**

All documents evidencing, relating to, or concerning the development of any budget for a motion picture based in whole or in part upon *The River Why*, including draft and final budgets.

**Request for Production No. 6:**

All documents filed with any governmental agency, whether local, state, or federal concerning the solicitation of investment in the production of a motion picture based in whole or in part upon *The River Why*.

**Request for Production No. 7:**

All documents filed with any governmental agency, whether local, state, or federal concerning production of a motion picture based in whole or in part upon *The River Why*, including, but not limited to permit applications.

**Request for Production No. 8:**

All documents evidencing, concerning, or relating to opportunities to invest in the production of a motion picture based in whole or in part upon *The River Why*, including, but

Heller
Ehrman LLP

3

1  not limited to prospectuses, solicitation letters, private placement memoranda, and other

2  materials provided to prospective or actual investors, including all drafts.

3  **Request for Production No. 9:**

4      All past or present contracts relating to any motion picture based in whole or in part

5  upon *The River Why*.

6  **Request for Production No. 10:**

7      All press releases or other press communications, or any documents related thereto,

8  concerning or relating to any motion picture based in whole or in part upon *The River Why*.

9  **Request for Production No. 11:**

10     All documents evidencing, concerning, or relating meetings related to any proposed

11  motion picture based in whole or in part upon *The River Why*, including agendas, notes and

12  calendar entries.

13  **Request for Production No. 12:**

14     All documents concerning the corporate status and/or corporate actions of

15  Hammermark Productions, Inc., including without limitation all articles of incorporation,

16  bylaws, share or stock purchase agreements, board minutes and/or resolutions, and any or

17  all governmental filings by or on behalf of Hammermark Productions, Inc.

18  **Request for Production No. 13:**

19     All documents concerning or relating to River Why Partners, including without

20  limitation any partnership agreement or governmental filings made thereby.

21  **Request for Production No. 14:**

22     All documents relating to River Why-Kiwi Partners, including without limitation any

23  partnership agreement or governmental filings made thereby.

24  **Request for Production No. 15:**

25     All documents evidencing or relating to any tax deductions or credits claimed by or

26  inuring to the economic benefit, directly or indirectly, of Thomas Cohen or Kristi Denton

27  Cohen, including without limitation deductions taken for unreimbursed business expenses

28  associated with any efforts of any kind to prepare a motion picture based in whole or in part

Heller
Ehrman LLP

4

1  upon *The River Why*.

2  **Request for Production No. 16:**

3       All documents identified in, or consulted in preparing, Defendant Cohen's response

4  to Plaintiff Duncan's First Set of Interrogatories.

5

6  Dated: July 8, 2008                    Respectfully submitted,

7                                         HELLER EHRMAN LLP

8                                         By _____

9                                              *Elisabeth R. Brown*
                                              ELISABETH R. BROWN

10                                        Attorneys for Plaintiff

11                                        DAVID JAMES DUNCAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS ON DEFENDANT COHEN
CASE NO.: 3:08-CV-02243-BZ

1  ANNETTE L. HURST (Bar No. 148738)
2  ELISABETH R. BROWN (Bar No. 234879)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone:  +1.415.772.6000
   Facsimile:  +1.415.772.6268
5  E-mail:     Annette.Hurst@HellerEhrman.com
6             Elisabeth.Brown@HellerEhrman.com

7

8  Attorneys for Plaintiff
   DAVID JAMES DUNCAN

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  DAVID JAMES DUNCAN,                    Case No.: 3:08-cv-02243-BZ

13                          Plaintiff,

14                                         **PLAINTIFF DAVID JAMES
                                           DUNCAN'S FIRST SET OF
15      v.                                 INTERROGATORIES ON
                                           DEFENDANT THOMAS COHEN**
16  THOMAS A. COHEN, et al.,

17                          Defendants.

18

19

20

21

22

23

24

25

26

27

Heller
Ehrman LLP   28

Exhibit E

# INTEROGATORIES

**Interrogatory No. 1:**

Identify all expenses paid by Hammermark Productions evidencing, relating to, or concerning any effort to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including the date of each expense, the nature of each expense, and the method of payment for each expense.

**Interrogatory No. 2:**

Identify all expenses paid by River Why Partners evidencing, relating to, or concerning any effort to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including the date of each expense, the nature of each expense, and the method of payment for each expense.

**Interrogatory No. 3:**

Identify all expenses paid by Defendant Cohen evidencing, relating to, or concerning any effort to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including the date of each expense, the nature of each expense, and the method of payment for each expense.

**Interrogatory No. 4:**

Identify all expenses paid by Defendant Denton Cohen evidencing, relating to, or concerning any effort to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including the date of each expense, the nature of each expense, and the method of payment for each expense.

**Interrogatory No. 5:**

Identify all tax deductions or credits claimed by or inuring to the economic benefit, directly or indirectly, of Thomas Cohen or Kristi Denton Cohen, including without limitation deductions taken for unreimbursed business expenses associated with any efforts

Heller
Ehrman LLP

2

of any kind to prepare a motion picture based in whole or in part upon *The River Why*.

**Interrogatory No. 6:**

Identify the date upon which Defendant Cohen actually signed the purported assignment to him from Hammermark Productions of the option to prepare a motion picture based in whole or in part upon *The River Why*. If Defendant Cohen does not recall the exact date, then his response should include the approximate date on which he actually signed the purported assignment.

**Interrogatory No. 7:**

Identify the date upon which Defendant Cohen actually signed any and all documents purporting to be assignments of an option or any other right to prepare a motion picture based in whole or in part upon *The River Why*. If Defendant Cohen does not recall the exact date, then his response should include the approximate date on which he signed the purported assignment.

**Interrogatory No. 8:**

Identify any persons or entities who invested, or offered to invest, in River Why Partners' (including River Why-Kiwi Partners) efforts to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including their name, last known address and telephone number, and the amount of money invested or offered to be invested.

**Interrogatory No. 9:**

Identify any persons or entities who invested, or offered to invest, in Hammermark Productions' efforts to exploit the option set forth in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including their name, last known address and telephone number, and the amount of money invested or offered to be invested.

**Interrogatory No. 10:**

Identify any persons or entities who invested, or offered to invest, in Defendant Cohen' efforts to exploit the option set forth in that certain Letter Agreement dated October

Heller
Ehrman LLP

FIRST SET OF INTERROGATORIES ON DEFENDANT THOMAS COHEN
CASE NO.: 3:08-CV-02243-BZ

2, 1984 between Sierra Club Books and Hammermark Productions, Inc., including their name, last known address and telephone number, and the amount of money invested or offered to be invested.

**Interrogatory No. 11:**

Set forth all communications Defendant Cohen had with any person other than Plaintiff concerning such person's interest in acquiring an option or any other form of legal right to prepare a motion picture based in whole or in part upon *The River Why*.

Dated: July 8, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By ___*Elisabeth R. Brown*___

ELISABETH R. BROWN

Attorneys for Plaintiff
DAVID JAMES DUNCAN

FIRST SET OF INTERROGATORIES ON DEFENDANT THOMAS COHEN
CASE NO.: 3:08-CV-02243-BZ

Heller
Ehrman LLP

ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
           Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN, | Case No.: 3:08-cv-02243-BZ |
| Plaintiff, | |
| v. | **PLAINTIFF DAVID JAMES DUNCAN'S NOTICE OF RULE 30(B)(1) DEPOSITION OF DEFENDANT THOMAS COHEN** |
| THOMAS A. COHEN, et al., | |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing at 9:30 a.m. on July 29, 2008 at the offices of Heller Ehrman LLP, 333 Bush Street, San Francisco, California, Plaintiff David James Duncan, through his attorneys, will take the deposition of Defendant Thomas Cohen pursuant to Federal Rule of Civil Procedure 30(b)(1). The deposition will take place upon oral examination before a notary public or other person authorized to administer oaths, will be recorded by stenographic and/or sound and video means, and will continue from day to day until completed.

//

//

Heller
Ehrman LLP

Exhibit F

DEPOSITION NOTICE OF THOMAS COHEN
CASE NO.: 3:08-CV-02243-BZ

1   Dated: July 8, 2008                 Respectfully submitted,

2                                       HELLER EHRMAN LLP

3
                                        By _____
4                                            ELISABETH R. BROWN

5                                       Attorneys for Plaintiff
6                                       DAVID JAMES DUNCAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

2

1   ANNETTE L. HURST (Bar No. 148738)
2   ELISABETH R. BROWN (Bar No. 234879)
    HELLER EHRMAN LLP
3   333 Bush Street
    San Francisco, CA  94104-2878
4   Telephone: +1.415.772.6000
    Facsimile: +1.415.772.6268
5   E-mail:    Annette.Hurst@HellerEhrman.com
6              Elisabeth.Brown@HellerEhrman.com

7

8   Attorneys for Plaintiff
    DAVID JAMES DUNCAN
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  DAVID JAMES DUNCAN,                   Case No.: 3:08-cv-02243-BZ

13                        Plaintiff,

14                                        **PLAINTIFF DAVID JAMES
                                          DUNCAN'S FIRST SET OF
15       v.                               REQUESTS FOR PRODUCTION
                                          OF DOCUMENTS AND THINGS
16  THOMAS A. COHEN, et al.,              ON DEFENDANT SIERRA CLUB
                                          BOOKS**
17                        Defendants.

18

19

20

21

22

23

24

25

26

27

Heller
Ehrman LLP   28

Exhibit G

## REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

All documents or things in your possession, custody, or control relating to *The River Why*, including, but not limited to, all documents concerning or relating to the negotiation, execution and administration of the Publishing Agreement between SCB and David James Duncan. This request encompasses all correspondence, royalty statements, files, notes, and agreements in any way related to *The River Why*.

**Request for Production No. 2:**

All documents evidencing, relating to or concerning the negotiation, execution, and/or administration of the option set forth in that certain October 2, 1984 Letter Agreement between Sierra Club Books and Hammermark Productions, Inc., including without limitation drafts, notes, correspondence, reports, assignments, draft or completed screenplays, budgets, and all payments received or made in connection therewith.

**Request for Production No. 3:**

Communications of any kind concerning *The River Why* or any actual or proposed screenplay or motion picture based in whole or in part thereon, including, but not limited to:

    i)       Communications with investors or prospective investors;

    ii)      Communications with Andrea Nachtigall;

    iii)     Communications with former employees of Sierra Club or Sierra Club Books, including without limitation Jon Beckmann or Danny Moses;

    iv)     Communications with John Jay Osborn, Jr.;

    v)      Communications with any persons or entities interested in optioning or purchasing the right to prepare a motion picture based in whole or in part on *The River Why*, including without limitation Bevans Branham or Liesl Copland;

    vi)     Communications with David James Duncan;

    vii)    Communications with Mike Snell;

Heller
Ehrman LLP

2

viii)  Communications with Thomas Cohen, Hammermark Productions, River Why Partners, or River Why-Kiwi Partners or any employee or agent of each of them;

ix)  Communications with Kristi Denton Cohen, Peloton Productions or any employee or agent of each of them;

x)  Communications with Matthew Leutwyler, Jun Tan, Ambush Entertainment, or any employee or agent of each of them; and

xi)  Communications with producers, screenplay writers, or directors.

**Request for Production No. 4:**

All documents evidencing or relating to the development of any budget for a motion picture based in whole or in part upon *The River Why*, including draft and final budgets.

**Request for Production No. 5:**

All documents evidencing, relating to or concerning opportunities to invest in the production of a motion picture based in whole or in part upon *The River Why*, including without limitation prospectuses, solicitation letters, private placement memoranda, or other materials provided to prospective investors.

**Request for Production No. 6:**

All documents evidencing or concerning meetings related to any proposed motion picture based in whole or in part upon *The River Why*, including agendas, notes and calendar entries.

**Request for Production No. 7:**

All documents concerning or relating to River Why-Kiwi Partners.

**Request for Production No. 8:**

All documents concerning or relating to River Why Partners.

**Request for Production No. 9:**

All documents concerning or relating to Hammermark Productions.

//

//

Heller
Ehrman LLP

3

**Request for Production No. 10:**

All documents identified in, or consulted in preparing, Defendant Sierra Club Books'
response to Plaintiff Duncan's First Set of Interrogatories.

Dated: July 8, 2008                          Respectfully submitted,

                                             HELLER EHRMAN LLP


                                             By  *Elisabeth R. Brown*
                                                 ELISABETH R. BROWN

                                             Attorneys for Plaintiff
                                             DAVID JAMES DUNCAN

Heller
Ehrman LLP

FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS ON SIERRA CLUB BOOKS
CASE NO.: 3:08-CV-02243-BZ

1  ANNETTE L. HURST (Bar No. 148738)
2  ELISABETH R. BROWN (Bar No. 234879)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA 94104-2878
4  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
5  E-mail:    Annette.Hurst@HellerEhrman.com
6            Elisabeth.Brown@HellerEhrman.com

7

8  Attorneys for Plaintiff
   DAVID JAMES DUNCAN

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  DAVID JAMES DUNCAN,                 Case No.: 3:08-cv-02243-BZ

13                        Plaintiff,

14                                      **PLAINTIFF DAVID JAMES**
                                        **DUNCAN'S FIRST SET OF**
15       v.                             **INTERROGATORIES ON**
                                        **DEFENDANT SIERRA CLUB**
16  THOMAS A. COHEN, et al.,            **BOOKS**

17                        Defendants.

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

Exhibit H

FIRST SET OF INTERROGATORIES ON DEFENDANT SIERRA CLUB BOOKS
CASE NO.: 3:08-CV-02243-BZ

# INTERROGATORIES

**Interrogatory No. 1:**

Identify any persons, including employees, former employees, agents, or affiliates, involved with the negotiation, execution and/or administration of the option set forth in that certain October 2, 1984 Letter Agreement between Sierra Club Books and Hammermark Productions, Inc.

**Interrogatory No. 2:**

Identify all facts, witnesses and documents that you contend support your denial of any request for admission contained in Plaintiff Duncan's First Set of Requests for Admissions to SCB.

**Interrogatory No. 3:**

If you contend that October 1984 Agreement between Hammermark Productions, Inc. and Sierra Club is presently of any legal force and effect with respect to Plaintiff Duncan, state all facts and identify all witnesses and documents in support of such contention.

**Interrogatory No. 4:**

State all facts and identify all witnesses and documents in support of your contention, if any, that you did not breach your fiduciary duty by granting an extension May 14, 1987 to the option contained in that certain Letter Agreement dated October 2, 1984 between Sierra Club Books and Hammermark Productions, Inc. while at the same time considering investment in a production of a motion picture based upon *The River Why*.

**Interrogatory No. 5:**

If you contend that the recitals, or any of them, set forth in the Stipulated Judgment between Sierra Club and Peloton Productions dated November 28, 2007 are true, set forth all facts, witnesses and documents upon which you base such contention.

//

//

//

Heller
Ehrman LLP

2

Dated: July 8, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By _Elisabeth R. Brown_
      ELISABETH R. BROWN

Attorneys for Plaintiff
DAVID JAMES DUNCAN

FIRST SET OF INTERROGATORIES ON DEFENDANT SIERRA CLUB BOOKS
CASE NO.: 3:08-CV-02243-BZ

1  ANNETTE L. HURST (Bar No. 148738)
2  ELISABETH R. BROWN (Bar No. 234879)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone:  +1.415.772.6000
   Facsimile:  +1.415.772.6268
5  E-mail:     Annette.Hurst@HellerEhrman.com
6              Elisabeth.Brown@HellerEhrman.com

7

8  Attorneys for Plaintiff
   DAVID JAMES DUNCAN
9

10            UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12  DAVID JAMES DUNCAN,                    Case No.: 3:08-cv-02243-BZ

13                          Plaintiff,

14                                         **PLAINTIFF DAVID JAMES
                                           DUNCAN'S FIRST SET OF
15       v.                                REQUESTS FOR ADMISSION ON
                                           DEFENDANT SIERRA CLUB
16  THOMAS A. COHEN, et al.,               BOOKS**

17                          Defendants.

18

19

20

21

22

23

24

25

26

27

Heller
Ehrman LLP  28

Exhibit I

FIRST SET OF REQUESTS FOR ADMISSION ON SIERRA CLUB BOOKS
CASE NO.: 3:08-CV-02243-BZ

## REQUESTS FOR ADMISSION

**Request for Admission No. 1:**

Admit that the Publishing Agreement did not convey to you ownership of the copyright to the novel *The River Why*.

**Request for Admission No. 2:**

Admit that the Publishing Agreement did not convey to you ownership of the right, exclusive or otherwise, to prepare a motion picture derivative work of *The River Why*.

**Request for Admission No. 3:**

Admit that no other agreement conveyed to you ownership of the copyright to the novel *The River Why*.

**Request for Admission No. 4:**

Admit that no other agreement conveyed to you ownership of the right, exclusive or otherwise, to prepare a motion picture derivative work of *The River Why*.

**Request for Admission No. 5:**

Admit that the Stipulated Judgment between Sierra Club and Peloton Productions dated November 28, 2007 does not bind Duncan in any respect.

**Request for Admission No. 6:**

Admit that the October 1984 Letter Agreement was unconscionable in light of its failure to include neither a deadline for commencement of photography nor a reversion of rights to the author..

**Request for Admission No. 7:**

Admit that five years was a reasonable time within which to expect commencement of photography in connection with the October 1984 Letter Agreement.

//

//

//

//

//

Heller
Ehrman LLP

2

1  Dated: July 8, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HELLER EHRMAN LLP

By _____
ELISABETH R. BROWN

Attorneys for Plaintiff
DAVID JAMES DUNCAN

Heller
Ehrman LLP

3