# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7/11/08**               Time:   9:00 a.m.

**C -08-2243 BZ**

 David James Duncan  v Thomas A. Cohen, et al.

Attorneys:    Pltf: Annette L. Hurst and Elisabeth R. Brown
              Def: Lizbeth Hasse and Thomas R. Burke

Deputy Clerk: **SIMONE VOLTZ**          Reporter: **Jim Yeomans**

**PROCEEDINGS:**                                **RULING:**

1. ExParte Application - TRO                    Denied
2. _____          _____

(  ) Status Conference    (  ) P/T Conference    (  ) Case Management Conference

**ORDERED AFTER HEARING:**
_____

( X ) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court_X_

(  ) Referred to Magistrate For:

( X ) CASE CONTINUED TO 7/21/08 at 4:00PM    for  CMC

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date 12/1/08 at 8:30a.m.  Set for  7  days
                                Type of Trial:  ( x )Jury    (  )Court
Notes: _____