UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JAMES DUNCAN,                )
                                   )
          Plaintiff(s),            )    No. C 08-2243 BZ
                                   )
     v.                            )    **ORDER DENYING PLAINTIFF'S**
                                   )    **EX PARTE APPLICATION FOR A**
THOMAS A. COHEN, et al.,           )    **TEMPORARY RESTRAINING ORDER**
                                   )
          Defendant(s).            )
_____)

On July 11, 2008, I held a hearing on plaintiff's ex parte application for a temporary restraining order. **IT IS ORDERED** as follows:

1. For the reasons stated at the hearing, the plaintiff's application for a temporary restraining order is **DENIED.**

2. The parties are **ORDERED** to meet and confer about a proposed discovery and pretrial schedule and about an order requiring the Cohen defendants to provide **45 days** notice before the distribution or screening of the film.

3. A case management conference is scheduled for **Monday, July 21, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor,

1

Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Case Management Statements are not required, but will be accepted and should be filed electronically. Any proposed orders shall be e-mailed to following address: bzpo@cand.uscourts.gov

    4. A hearing on defendants' motion to dismiss is scheduled for **Wednesday, July 23, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    5. Trial is scheduled to begin **December 1, 2008**.

Dated: July 11, 2008

                               Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\DUNCAN V. COHEN\ORDER DENYING PLTFS EX PARTE APP FOR TRO.wpd