ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:   Annette.Hurst@HellerEhrman.com
          Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>            Plaintiff,<br><br>    v.<br><br>THOMAS A. COHEN et al.,<br><br>            Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Duncan and Defendants Cohen and Denton Cohen hereby move the court for administrative relief to remove two documents from the public record that contain Mr. Duncan's confidential personal information and replace those documents with redacted versions in compliance with Local Rule 3-17(a)(1). Specifically, both Exhibit 1 to Plaintiff Duncan's Verified Amended and Supplemental Complaint for Copyright Infringement, Declaratory Relief, Breach of Fiduciary Duty, Fraud, Constructive Fraud, Conspiracy to Defraud, False Advertising, and Invasion of the Right of Publicity ("Verified Amended and Supplemental Complaint") (Docket No. 38-2) and Exhibit A to the Declaration of Thomas Cohen in Support of Motion to Dismiss ("Cohen Declaration") (Docket No. 12-5) include confidential personal information that should be redacted from the public record pursuant to Local Rule 3-17(a)(1).

**MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER**
**Case No.: 3:08-cv-02243-BZ**

Accordingly, Plaintiff Duncan and Defendants Cohen and Denton Cohen hereby file as Exhibit 1 to this Motion for Administrative Relief a true and correct copy of Plaintiff Duncan's Verified Amended and Supplemental Complaint with appropriate redactions made to Exhibit 1 thereto.  In addition, the parties file as Exhibit 2 to this Motion for Administrative Relief a true and correct copy of the Cohen Declaration with appropriate redactions made to Exhibit A thereto.

Dated:  July 11, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By:  /s/ Elisabeth R. Brown

Attorneys for Plaintiff
David James Duncan

Dated:  July 11, 2008

Respectfully submitted,

CREATIVE INDUSTRY LAW GROUP

By:  /s/Lizbeth Hasse

Attorneys for Defendants
Thomas A. Cohen and Kristi Denton Cohen

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the documents filed at Docket #38 and Docket # 12 be removed from the public record and replaced with the redacted versions attached as Exhibits 1 and 2, respectively, to the Stipulated Motion for Administrative Relief.

Dated:  July 14, 2008

_____
United States Magistrate Judge



**MOTION FOR ADMINISTRATIVE RELIEF AND [PROPOSED] ORDER**
**Case No.: 3:08-cv-02243-BZ**