THOMAS R. BURKE (State Bar No. 141930)
DAVIS WRIGHT TREMAINE LLP
505 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94111-6533
TELEPHONE (415) 276-6500
FAX (415) 276-6599
EMAIL: thomasburke@dwt.com

JEFF GLASSER (State Bar No. 252596)
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899
EMAIL : jeffglasser@dwt.com

Attorneys for Defendant
SIERRA CLUB, incorrectly sued as
SIERRA CLUB BOOKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>       Plaintiff,<br><br>vs.<br><br>THOMAS A. COHEN d/b/a HAMMERMARK PRODUCTIONS; KRISTI DENTON COHEN d/b/a PELOTON PRODUCTIONS; and SIERRA CLUB BOOKS,<br><br>       Defendants. | Case No. **CV 08 2243 BZ**<br><br>**DEFENDANT SIERRA CLUB'S CASE MANAGEMENT CONFERENCE STATEMENT** |

Defendant Sierra Club, incorrectly sued as Sierra Club Books, submits this Case Management Conference Statement to provide the Court with its perspective on the scheduling issues that the Court, on July 11, 2008, instructed counsel to resolve before this afternoon's Case Management Conference.

Plaintiff David Duncan's motion for preliminary and permanent injunction focuses on the Cohen Defendants' filming schedule and plans to distribute a film based on Duncan's novel, *The River Why*. Duncan's allegations that Sierra Club breached a fiduciary duty and committed constructive fraud by certain of its actions that allegedly took place in the early 1980's are not directly at issue in the preliminary injunction. However, because a few of the fact witnesses in this case are either current or former Sierra Club employees, counsel for Sierra Club devoted daily efforts – from July 15-18 – to encourage counsel to identify the specific witnesses each wanted to depose and to prepare a draft schedule or even competing schedules.[1] Despite this persistence, regrettably, deposition schedules were not sketched out, let alone even discussed. Discussions largely stalled out when Plaintiff's counsel and counsel for the Cohen defendants could not agree on the start date for the Cohens' depositions although dates when *Plaintiff* would be available for deposition were never offered by Plaintiff's counsel, despite daily requests for this essential information.

From Sierra Club's perspective, if the Court is able to slightly adjust either the current schedule for the cross-motions for summary judgment or the December 1st trial date by moving them back a week or so, all fact witness depositions can be completed before the end of August, in time for the parties to prepare for their respective motions and any preliminary injunction hearing. Such slight scheduling adjustments appear feasible and are warranted in light of the unavailability of the Cohens (until they have completed filming in Oregon and gathered all responsive documents), the uncertainty as to the availability of Plaintiff, his documents or Plaintiff's agent, Michael Snell, (who is also represented by Heller Ehrman LLP), and the unavailability of Sierra Club's counsel in early August. Sierra Club respectfully requests the Court's assistance in setting dates that accommodates these competing interests.

---

[1] Sierra Club currently anticipates the following fact witnesses may be deposed by the parties: David Duncan, Tom Cohen, Kristi Denton Cohen, Michael Snell, John Beckman (former Publisher of Sierra Club Books) and Danny Moses (a former Editor of Sierra Club Books). While Duncan and the Cohen depositions may take the full time allowed, the other deponents will be shorter.

| | |
|---|---|
| DATED: July 21, 2008 | DAVIS WRIGHT TREMAINE LLP<br>THOMAS R. BURKE<br>JEFF GLASSER<br><br>By: _____/s/ Thomas R. Burke_____<br>Thomas R. Burke<br>Attorneys for Defendant<br>SIERRA CLUB |

3

Case No. CV 08 2243 BZ
Sierra Club's Case Management Conference Statement
DWT 11549191v1 0011716-000018