ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:     Annette.Hurst@HellerEhrman.com
            Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>        Plaintiff,<br><br> v.<br><br>THOMAS A. COHEN et al.,<br><br>        Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**[PROPOSED] ORDER RE NOTICE REQUIRED PRIOR TO PUBLIC EXHIBITION OR DISTRIBUTION** |

Heller Ehrman LLP

[PROPOSED] ORDER RE NOTICE REQUIRED PRIOR TO DISTRIBUTION
CASE NO.: 3:08-CV-02243-BZ

## **ORDER**

In connection with Plaintiff's Ex Parte Application, and pursuant to Federal Rule of Civil Procedure 16 as required for the orderly management of this action, it is hereby ORDERED that Defendants, and all of their agents, successors, and assigns, and all persons in active concert or participation with any of them, shall not distribute, exhibit, show, or otherwise publicly display or perform all or any part of a motion picture based in whole or in part on *The River Why* to any person not employed by them, without providing the Court and Plaintiff Duncan with forty-five days prior notice (by means of personal service upon counsel) before such proposed distribution, exhibition, viewing or publication. In the event one or more Defendants gives such notice, Defendants shall at the same time and by the same means furnish Plaintiff Duncan with a copy of the motion picture to be distributed, exhibited, shown, or otherwise published, or at Defendants election and in lieu of providing such copy, shall stipulate that such motion picture is a derivative work of *The River Why*.

DATED:

_____

UNITED STATE MAGISTRATE JUDGE
BERNARD ZIMMERMAN

Submitted by:
Annette L. Hurst, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA   94104