UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN, | |
| Plaintiff(s), | No. C 08-2243 BZ |
| v. | |
| | **ORDER REQUIRING NOTICE** |
| THOMAS A. COHEN, et al., | |
| Defendant(s). | |

Pursuant to Rule 16, **IT IS HEREBY ORDERED** that Thomas A. Cohen d/b/a Hammermark Productions and/or Kristi Denton Cohen d/b/a Peloton Productions ("the Cohen defendants") must give plaintiff 45 days notice before they can publically distribute the film *The River Why*. For purposes of this Order, public distribution includes permitting anyone who is not directly involved in the filming and/or post-production of the film or anyone not currently an investor, from viewing any portion or version of *The River Why*. Notice shall be given by filing a document with the court stating that "The Cohen defendants are providing the 45 day notice as required by the court's order dated July 22, 2008." In the event the Cohen defendants give

1

1  such notice, they shall at the same time furnish plaintiff
2  with a copy of the film to be distributed, or at the election
3  of the Cohen defendants and in lieu of providing such, shall
4  stipulate that the film is a derivative work of *The River Why*.
5  Dated: July 22, 2008

                              _____
                                    Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\DUNCAN V. COHEN\ORDER RE 45 DAY NOTICE.wpd

2