**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**


**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7/21/08**                                              Time: **4:00p.m.**

**C -08-2243 BZ**

**David James Duncan** v **Thomas A. Cohen, et al.**

Attorneys:    Pltf.:**Annette L. Hurst**    Defts.: **Lizbeth Hasse and Thomas R. Burke**

Deputy Clerk: **Simone Voltz**              Reporter: **Debra L. Pas  4:15 - 5:19**

**PROCEEDINGS:**                                              **RULING:**

1. Case Management Conference                         Conf. Held
2. _____         _____

(  ) Status Conference      (  ) P/T Conference     ( x ) Case Management Conference

**ORDERED AFTER HEARING:**
_____

( x ) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court_x_

( x ) Referred to Magistrate Judge Joseph C. Spero for: Settlement

(  ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off  9/17/08             Expert Discovery Cut-Off  9/17/08
Plntf to Name Experts by _____  Deft to Name Experts by_____

P/T Conference Date_____  Trial Date_12/1/08 at 8:30a.m.  Set for 7 days
                                     Type of Trial:  ( x )Jury    (  )Court
Notes:  Expert Reports are due on 9/5/08; Rebuttal due by 9/10/08; L/D to file Summary Judgment Motions 9/17/08; L/D to file opposition or Cross Motion for Summary Judgment due 9/24/08; Reply to Motion for Summary Judgment 10/01/08; if any - plaintiff's reply will be due on 10/08/08; L/D for Dispositive Motion Hearing 10/29/08 at 10:00a.m.