UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David James Duncan,<br><br>Plaintiff(s).<br>v.<br><br>Thomas A. Cohen, et al.<br><br>Defendant(s).<br>_____/ | No. C08-2243 BZ<br><br>Clerk's Notice vacating Case Management Conference |

The Initial Case Management Conference set for **August 11, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: 7/23/08

Richard W. Wieking, Clerk
United States District Court

*[signature: Simone Voltz]*
By: Simone Voltz - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

reassign.DCT