LAWYERS



# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

| JEFFREY D. GLASSER | SUITE 2400 | TEL (213) 633-6800 |
| Direct (213) 633-6864 | 865 SOUTH FIGUEROA STREET | FAX (213) 633-6899 |
| jeffreyglasser@dwt.com | LOS ANGELES, CA 90017-2566 | www.dwt.com |

August 4, 2008

The Hon. Joseph C. Spero
United States District Court, Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Duncan v. Cohen, et. al*, Case No. 3:08-cv-02243-BZ
           **Settlement Conference Statements**

Dear Judge Spero:

    Pending your approval, the parties have agreed to a deadline of the end of business on August 14, 2008, for the Settlement Conference Statements that must be turned in as part of the Settlement Conference scheduled to take place on August 19, 2008. Thomas R. Burke, counsel for Sierra Club, is currently out of the country in Brazil and will not be returning to the office until August 12.

                                   Sincerely,

                                   Jeffrey D. Glasser
                                   Davis Wright Tremaine LLP