LAWYERS



## Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

JEFFREY D. GLASSER  
Direct (213) 633-6864  
jeffreyglasser@dwt.com

SUITE 2400  
865 SOUTH FIGUEROA STREET  
LOS ANGELES, CA 90017-2566

TEL (213) 633-6800  
FAX (213) 633-6899  
www.dwt.com

August 4, 2008

The Hon. Joseph C. Spero  
United States District Court, Northern District of California  
Courtroom A, 15th Floor  
450 Golden Gate Ave.  
San Francisco, CA 94102

Re:   *Duncan v. Cohen, et. al*, Case No. 3:08-cv-02243-BZ  
       **Settlement Conference Statements**

Dear Judge Spero:

Pending your approval, the parties have agreed to a deadline of the end of business on August 14, 2008, for the Settlement Conference Statements that must be turned in as part of the Settlement Conference scheduled to take place on August 19, 2008. Thomas R. Burke, counsel for Sierra Club, is currently out of the country in Brazil and will not be returning to the office until August 12.

Sincerely,

Jeffrey D. Glasser  
Jeffrey D. Glasser  
Davis Wright Tremaine LLP



Settlement Conference Statements shall be delivered to the Chambers of Magistrate Judge Joseph C. Spero by NOON, on August 14, 2008.

Dated: August 6, 2008

DWT 11609560v1 0071716-000018  
Los Angeles