ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:   Annette.Hurst@HellerEhrman.com
          Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS A. COHEN et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**APPLICATION FOR ADMISSION OF BRET SIMMONS AS ATTORNEY *PRO HAC VICE*** |

-1-
APPLICATION FOR ADMISSION OF BRET SIMMONS AS ATTORNEY *PRO HAC VICE*
CASE NO.: 3:08-CV-02243-BZ

Pursuant to Civil L.R. 11-3, Bret Simmons, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff David James Duncan.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court for the Western District of Washington and the bar of the State of Washington;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of the Court; and,

3. An attorney who is a member of the bar of the Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Annette L. Hurst, Esq.
> HELLER EHRMAN LLP
> 333 Bush Street
> San Francisco, CA 94104
> Telephone: (415) 772-6000
> Facsimile: (415) 772-6268

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 13, 2008

*/s/ Bret Simmons*
Bret Simmons

> Roy, Simmons & Parsons, P.S.
> 1223 Commercial Street
> Bellingham, Washington 98225
> Telephone: (360) 752-2000
> Facsimile: (360) 752-2771
> Email: bret@royandsimmons.com

-2-

APPLICATION FOR ADMISSION OF BRET SIMMONS AS ATTORNEY *PRO HAC VICE*
CASE NO.: 3:08-CV-02243-BZ

# PROOF OF SERVICE BY MAIL

I, Harriette Louie, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On August 15, 2008, I served the following:

**APPLICATION FOR ADMISSION OF BRET SIMMONS AS ATTORNEY PRO HAC VICE; [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BRET SIMMONS AS ATTORNEY PRO HAC VICE**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

| Attorney/Addressee | Party(ies) Served |
|---|---|
| Lizbeth Hasse<br>Creative Industry Law Group LLP<br>526 Columbus Avenue, 2nd Floor<br>San Francisco, CA 94133 | Kristi Denton Cohen; Thomas Cohen |
| Thomas A. Cohen<br>Law Offices of Thomas A. Cohen<br>639 Front Street, 4th Floor<br>San Francisco, CA 94111 | Kristi Denton Cohen; Thomas Cohen |
| Thomas Burke<br>Davis Wright Tremaine LLP<br>Suite 800<br>505 Montgomery Street<br>San Francisco, CA 94111-6533 | Sierra Club Books |

//

//

I declare under penalty of perjury under the laws of the State of California that the

Heller Ehrman LLP

foregoing is true and correct and that this proof of service was executed on August 15, 2008 at San Francisco, California.

                                                             */s/ Harriette Louie*
                                                             Harriette Louie

Heller Ehrman LLP

2