CHAMBERS COPY

ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:   Annette.Hurst@HellerEhrman.com
          Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiff
DAVID JAMES DUNCAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS A. COHEN et al.,<br><br>　　　　　　Defendants. | Case No.: 3:08-cv-02243-BZ<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BRET SIMMONS AS ATTORNEY *PRO HAC VICE*** |

-1-

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: 3:08-CV-02243-BZ

1  Bret Simmons, an active member in good standing of the bar of the State of
2  Washington, having applied in the above-entitled action for admission to practice in the
3
4  Northern District of Califonria on a *pro hac vice* basis, representing Plaintiff David James
5  Duncan:
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance
8
9  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
10  application will constitute notice to the party. All future filings in this action are subject to
11  the requirements contained in General Order No. 45, *Electronic Case Filing*.
12
13  DATED: August __, 2008                      _____
                                                The Honorable Bernard Zimmerman
14                                              United States Magistrate Judge

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: 3:08-CV-02243-BZ