1  ANNETTE L. HURST (Bar No. 148738)
   ELISABETH R. BROWN (Bar No. 234879)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA  94104-2878
4  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
5  E-mail:     Annette.Hurst@HellerEhrman.com
               Elisabeth.Brown@HellerEhrman.com
6
7  Attorneys for Plaintiff
   DAVID JAMES DUNCAN
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DAVID JAMES DUNCAN, | Case No.: 3:08-cv-02243-BZ |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF BRET SIMMONS AS ATTORNEY *PRO HAC VICE*** |
| v. | |
| THOMAS A. COHEN et al., | |
| Defendants. | |

Bret Simmons, an active member in good standing of the bar of the State of Washington, having applied in the above-entitled action for admission to practice in the Northern District of Califonria on a *pro hac vice* basis, representing Plaintiff David James Duncan:

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: August 19, 2008

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge



-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: 3:08-CV-02243-BZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: 3:08-CV-02243-BZ