# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-02243 BZ (JCS)**

**CASE NAME:  DAVID JAMES DUNCAN v. THOMAS A COHEN**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 19, 2008    **TIME: 7 1/2 hrs** | **COURT REPORTER**: <u>Not Reported</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Bret Simmons<br>Elisabeth R. Brown | <u>**COUNSEL FOR DEFENDANT:**</u><br>Thomas Burke - for Sierra Club<br>Jeffrey D. Glasser - for Sierra Club<br>Thomas A. Cohen - for Thomas Cohen<br>Lizabeth Hasse  - for Thomas Cohen |

<u>**PROCEEDINGS**</u>:

**1.  Settlement Conference - HELD.**

___

<u>**ORDERED AFTER HEARING:**</u>

Binding term sheet signed.  Parties to draft and sign formal documents within two weeks.
___

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant       () Court

**CASE CONTINUED TO:**   09/03/8 at 9:30 a.m., for a further settlement conference.
___

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**      at 9:30 a.m. | | **Pretrial Conference:**      at 1:30 p.m. |
| **Trial Date:**              at 8:30 a.m.  ()Jury     ()Court     Set for     days | | |

___

**cc:**      **Chambers; Karen**, SV
* (T) = Telephonic Appearance