UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES DUNCAN,<br><br>       Plaintiff(s),<br><br>  v.<br><br>THOMAS A. COHEN, ET AL.<br><br>       Defendant(s).<br>_____/ | No. C-08-02243 BZ (JCS)<br><br>**NOTICE OF CONTINUANCE OF FURTHER SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Further Settlement Conference scheduled for **September 3, 2008,** has been continued to **September 10, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: September 2, 2008

                                                       JOSEPH C. SPERO<br>
                                                       United States Magistrate Judge