UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JAMES DUNCAN     No. 08-02243 (JCS)

    Plaintiff(s),

   v.     **ORDER CONTINUING SETTLEMENT CONFERENCE**

THOMAS A COHEN

    Defendant(s)
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference previously scheduled for September 29, 2008 has been continued until November 3, 2008 at 9:30 a.m., in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

Not later than October 17, 2008, lead trial counsel are required to meet and confer, in person, regarding the draft settlement. They may bring their clients to the meeting if they desire.

On or before October 27, 2008, each party must deliver directly to Magistrate Judge Spero's Chambers an Updated Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

The parties are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of this Court's July 22, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

Dated: September 25, 2008

Joseph C. Spero
United States Magistrate Judge