1  ANNETTE L. HURST (Bar No. 148738)
2  ELISABETH R. BROWN (Bar No. 234879)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  405 Howard Street
   San Francisco, CA 94105
4  Telephone: +1.415.773.5700
5  Facsimile:  +1.415.773.5759
   E-mail:     Annette.Hurst@HellerEhrman.com
6              Elisabeth.Brown@HellerEhrman.com

7  Attorneys for Plaintiff
8  DAVID JAMES DUNCAN

9  JONATHAN P. HAYDEN (Bar No. 104520)
10 HELLER EHRMAN LLP
   333 Bush Street
11 San Francisco, CA  94104-2878
   Telephone: +1.415.772.6000
12 Facsimile:  +1.415.772.6268
13 E-mail:     Jonathan.Hayden@HellerEhrman.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID JAMES DUNCAN, | Case No.: 3:08-cv-02243-BZ |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF DAVID JAMES DUNCAN'S NOTICE OF SUBSTITUTION OF COUNSEL |
| THOMAS A. COHEN, et al., | |
| Defendants. | |

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL
CASE NO.: 3:08-CV-02243-BZ

1 **IT IS HEREBY ORDERED THAT** the substitution of counsel for Plaintiff David James Duncan, Annette L. Hurst (State Bar No. 148738) and Elisabeth R. Brown (State Bar No. 234879), now of Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105, (415) 773-5700, who are retained counsel, as attorneys of record in place and instead of Heller Ehrman LLP, 333 Bush St., San Francisco, California 94104, (415) 772-6000 is **HEREBY APPROVED**.

Dated October 17, 2008.

*[signature]*
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE