1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DAVID JAMES DUNCAN,            )
                                   )
12           Plaintiff(s),         )    No. C 08-2243 BZ
                                   )
13      v.                         )    **ORDER OF CONDITIONAL**
                                   )    **DISMISSAL**
14  THOMAS A. COHEN, et al.,       )
                                   )
15           Defendant(s).         )
                                   )
16

17     The Court having been informed that this case has

18  settled, **IT IS HEREBY ORDERED** that this action is **DISMISSED**

19  **WITH PREJUDICE** and all scheduled matters are **VACATED**;

20  provided, however, that any party may, within **30 days** of the

21  date of this Order, move the Court to restore this matter to

22  the calendar on the grounds that the settlement has not been

23  consummated.

24  Dated: November 6, 2008

25                                      _____
                                            Bernard Zimmerman
26                                      United States Magistrate Judge

27
    G:\BZALL\-BZCASES\DUNCAN V. COHEN\CONDITIONAL ORD OF DISMISSAL.wpd
28

                                    1